UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                                        :   05 CV 7583 (WHP)
                                                             :   ECF case
SMITH BARNEY FUND TRANSFER AGENT                             :
LITIGATION                                                   :
                                                             :
                                                             :
------------------------------------------------------------ x

## NOTICE OF MOTION OF DEFENDANTS SMITH BARNEY FUND MANAGEMENT LLC, CITIGROUP GLOBAL MARKETS, INC., THOMAS JONES, AND LEWIS DAIDONE TO DISMISS THE CONSOLIDATED AND AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that defendants Smith Barney Fund Management LLC, Citigroup Global Markets, Inc., Thomas Jones, and Lewis Daidone shall move this Court before the Honorable William H. Pauley, in Courtroom 11D of the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on January 19, 2007, at 11:00 a.m. or as soon thereafter as counsel may be heard, for an order dismissing the Consolidated and Amended Complaint in its entirety as against all defendants.

This motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4 *et seq.*, and is based on the points and authorities set forth in the accompanying Memorandum of Law in Support of Motion to Dismiss the Consolidated and Amended Complaint by Defendants Smith Barney Fund Management LLC, Citigroup Global Markets, Inc., Thomas Jones, and Lewis Daidone, and the accompanying Declaration of John Rothermich and the exhibits attached thereto.

Dated: October 3, 2006

        Respectfully submitted,

        _____s/_____
        Robert B. McCaw (RM-7427)
        John C. Rothermich (JR-8594)
        WILMER CUTLER PICKERING HALE
          AND DORR LLP
        399 Park Avenue
        New York, NY 10022
        Tel: (212) 230-8800
        Fax: (212) 230-8888

        and

        Mark D. Cahn
        David P. Nicolardi
        WILMER CUTLER PICKERING HALE
          AND DORR LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC 20036
        Tel: (202) 663-6000
        Fax: (202) 663-6363

        ***Counsel for Defendants Smith Barney***
        ***Fund Management LLC and***
        ***Citigroup Global Markets Inc.***

      s/
_____
Michael O. Ware (MW-0290)
Ryan P. Farley (RF-2486)
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, NY 10019
(212) 506-2500

and

Richard J. Morvillo (RM-0441)
Peter H. White (PW-6556)
MAYER, BROWN, ROWE & MAW LLP
1909 K St., NW
Washington, DC 20006
(202) 263-3000

*Counsel for Defendant*
*Lewis E. Daidone*


      s/
_____
G. Irvin Terrell, Jr. (GT-3459)
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana St.
Houston, TX 77002
(713) 229-1231

and

Joshua A. Klein
BAKER BOTTS LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 639-7700

*Counsel for Defendant*
*Thomas W. Jones*

## CERTIFICATE OF SERVICE

I, John Rothermich, hereby certify that on October 3, 2006, I served counsel on the attached service list, via electronic mail and by United Parcel Service, with true and correct copies of the following:

(I)   Notice of Motion of Defendants Smith Barney Fund Management LLC, Citigroup Global Markets, Inc., Thomas Jones, and Lewis Daidone to Dismiss the Consolidated and Amended Complaint;

(II)   Memorandum of Law in Support of Motion to Dismiss the Consolidated and Amended Complaint by Defendants Smith Barney Fund Management LLC, Citigroup Global Markets, Inc., Thomas Jones and Lewis Daidone; and

(III)   Declaration of John Rothermich in Support of Motion to Dismiss the Consolidated and Amended Complaint by Defendants Smith Barney Fund Management LLC, Citigroup Global Markets, Inc., Thomas Jones and Lewis Daidone and attached Exhibits A–H.

Dated: New York, New York
       October 3, 2006

Respectfully submitted,

By _____
John Rothermich (JR-8594)

**In re Smith Barney Fund Transfer Agent Litigation,**
**05 CV 7583 (WHP)**

Sandy A. Liebhard, Esq.
U. Seth Ottensoser, Esq.
Joseph R. Seidman, Jr., Esq.
BERNSTEIN, LIEBHARD & LIFSHITZ LLP
10 E. 40th St.
New York, N.Y. 10016
(212) 779-1414
*Lead counsel for lead plaintiffs*

Deborah M. Gross, Esq.
LAW OFFICES OF BERNARD M. GROSS P.C.
Suite 450, John Wanamaker Bldg.
Juniper and Market Streets
Philadelphia, PA 19102
(215) 561-3600
*Counsel for plaintiffs*

Patricia C. Weiser, Esq.
Robert B. Weiser, Esq.
THE WEISER LAW FIRM P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
(610) 225-2677
*Counsel for plaintiffs*

Jules Brody, Esq.
Aaron L. Brody, Esq.
STULL STULL & BRODY
6 East 45th Street
New York, NY 10017
(212) 687-7230
*Counsel for plaintiffs*

Joshua M. Lifshitz, Esq.
BULL & LIFSHITZ LLP
18 East 41st Street, 11th Floor
New York, New York 10017
(212) 213-6222
*Counsel for plaintiffs*

Joseph H. Weiss, Esq.
Richard A. Acocelli, Esq.
WEISS & LURIE
551 Fifth Avenue
New York, NY 10176
(212) 682-3025
*Counsel for plaintiffs*