# MANDATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __March 12, 2010__

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16ᵗʰ day of February, two thousand and ten.

PRESENT:   Barrington D. Parker,
                        *Circuit Judge,* *
              Charles S. Haight, Jr.,
                        *District Judge.* **

---

Operating Local 649 Annuity Trust Fund,

    *Plaintiff-Appellant,*

Katherine E. Shropshire, Harold Levine, Seymour Ratner, Jeffrey Weber, individually and on behalf of all others similarly situated, Sara Brinn,

    *Consolidated-Plaintiffs,*

Jeanne Chilton, individually and on behalf of all others similarly situated,

    *Plaintiff,*

    -v.-

Smith Barney Fund Management LLC, Citigroup Global Markets, Inc., Lewis Daidone, Thomas Jones,

    *Defendants-Appellees.*

---



UNITED STATES COURT OF APPEALS
FILED
FEB 16 2010
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

**JUDGMENT**
Docket Number: 07-5125-cv

The appeal in the above-captioned case from a judgment of United States District Court for the Southern District of New York was argued on the district court record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the judgment of the District Court is VACATED and REMANDED in part and AFFIRMED in part in accordance with the opinion of this Court.

**A True Copy**
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

FOR THE COURT,
Catherine O'Hagan Wolfe,
Clerk

*Catherine O'Hagan Wolfe*

Judy Pisnanont, Motions Staff Attorney

---

\*         The Honorable Sonia Sotomayor, originally a member of this panel, was elevated to the Supreme Court on August 8, 2009. The two remaining members of the panel, who are in agreement, have determined the matter. See 28 U.S.C. § 46(d); Internal Operating Proc. E; *United States v. Desimone*, 140 F.3d 457 (2d Cir. 1998).

\*\*       The Honorable Charles S. Haight, Jr., United States District Court Judge for the Southern District of New York, sitting by designation.