UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Chilton et al.,
                     Plaintiff,

-against-

Smith Barney Fund Management LLC et al
                     Defendant.
-----------------------------------------------------------X

05 CV 07583 (WHP)

## NOTICE OF CHANGE OF ADDRESS

[x] I have cases pending      [ ] I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: **Richard John Morvillo**

[x] Attorney

    [x] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: **RM-0441** ; My State Bar Number is: _____

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[x] Law Firm/Government Agency Association

    From: **Mayer Brown LLP**

    To: **Schulte Roth & Zabel LLP**

    [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x] Address: 1152 Fifteenth Street, NW, Suite 850, Washington, DC 20005

[x] Telephone No.: 202.729.7479

[x] Fax No.: 202.730.4520

[x] E-Mail Address: richard.morvillo@srz.com

Dated: March 22, 2010

ATTORNEY'S SIGNATURE