UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Chilton et al.,                              Plaintiff.                    05  CV  07583 _____  (WHP)

-against-
Smith Barney Fund Management LLC et al
                                             Defendant.
------------------------------------------------------- X

NOTICE OF CHANGE OF ADDRESS

☒   I have cases pending                    ☐   I have no cases pending

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s)
for:  Peter Hugh White

☒     Attorney

   ☒     I am a United States District Court, Southern District of New York
         attorney. My SDNY Bar Number is:  PW-6556 ;  My State Bar Number is: _____

   ☐     I am a Pro Hac Vice attorney

   ☐     I am a Government Agency attorney

☒     Law Firm/Government Agency Association

   From:  Mayer Brown LLP

   To:  Schulte Roth & Zabel LLP

   ☒     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   ☐     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
         was entered on _____ by Judge _____

☒ Address:          1152 Fifteenth Street, NW, Suite 850, Washington, DC 20005

☒ Telephone
     No.:            202.729.7476

☒ Fax No.:          202.730.4520

☒ E-Mail
   Address:          pete.white@srz.com

Dated:  March 19, 2010

                                             ATTORNEY'S SIGNATURE