## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached document was served upon the following counsel of record in the action filed in this Court by ECF on June 14, 2010:

Lori Martin, Esq.
**WILMER CUTLER PICKERING HALE**
    **& DORR LLP**
399 Park Avenue, 30th Floor
New York, NY  10022

Mark D. Cahn, Esq.
Michael Plotnick, Esq.
**WILMER CUTLER PICKERING HALE**
    **& DORR LLP**
2445 M Street, NW
Washington, DC  20037

G. Irvin Terrell, Jr., Esq.
**BAKER BOTTS LLP**
One Shell Plaza
910 Louisiana St.
Houston, TX  77002

Richard J. Morvillo, Esq.
**SCHULTE ROTH & ZABEL LLP**
1152 Fifteenth St., NW, Suite 850
Washington, DC  20005


_____/s/_____
JOSEPH R. SEIDMAN, JR.