# EXHIBIT A

 **STATE STREET.**

Investment Services
2 Avenue de Lafayette
Boston, MA 02111

June 4, 2010

Re: Administrative Proceeding File No. 3-11935

We understand that a May 26, 2010 confirmation by State Street was previously forwarded to you by Bob Bagnall at Wilmer Hale. Please be advised that State Street has retracted that confirmation and is providing a replacement confirmation as set forth below.

**********************************************************************************

State Street Bank and Trust Company ("State Street") is or was the custodian of the funds and classes for which it is identified as custodian in the attached Payment File. This letter confirms that State Street received an ACH transfer in the aggregate amount of $101,058,059.19 from the United States Treasury on May 26, 2010. Except as noted below regarding each fund and class listed in the "Subsequently Liquidated funds" section of the Payment File, on May 26, 2010 State Street credited to each of those funds or classes the Specific Distributable Amount shown for that fund or class in the Payment File.

With respect to the funds and classes listed below that are identified in the "Subsequently liquidated funds" section of the Payment File, we understand from Legg Mason that the final disposition of the applicable Specific Distributable Amounts for the following funds/classes is at issue:

  Legg Mason Partners Capital Preservation Fund II (Class A,B,C)
  Legg Mason Partners Variable Government Portfolio (Class I)
  Legg Mason Partners Variable Equity Index Portfolio (Class I and II)

However, we confirm that the aggregate of the Specific Distributable Amounts for all funds and classes listed in the "Subsequent Liquidated funds" section ($2,154,125.58) is, as of the date hereof, on deposit in Demand Deposit Account # 0041-758-4 maintained with State Street in the name of LM Capital Company LLC."

**STATE STREET BANK AND TRUST COMPANY**

By: _____
   Name: Scott C. Ulrich
   Title: Vice President

Attachment

cc: Robert I. Frenkel, Esq.

# Payment File

| Entitled Fund | Class | TOTAL TA FEES | | Distributable Share | Specific Disgorgement Distributable Amount | |
|---|---|---|---|---|---|---|
| **Legg Mason funds (State Street Bank, custodian):** | | | | | | |
| L121WA A | Western Asset / Citi Connecticut Tax Free Reserves | WA A | $ | 29,446.03 | 0.008921% | $ | 9,690.85 |
| N4N0C | Legg Mason Western Asset Adjustable Rate Income Fund | C | $ | 902,320.08 | 0.273371% | $ | 296,958.03 |
| N4N0B | Legg Mason Western Asset Adjustable Rate Income Fund | B | $ | 33,922.64 | 0.010277% | $ | 11,164.11 |
| N4N0A | Legg Mason Western Asset Adjustable Rate Income Fund | A | $ | 1,339,685.05 | 0.405877% | $ | 440,897.01 |
| N4N0I | Legg Mason Western Asset Adjustable Rate Income Fund | I | $ | 187.67 | 0.000057% | $ | 61.76 |
| N4L9A | Legg Mason ClearBridge Aggressive Growth Fund | A | $ | 6,945,150.79 | 2.104134% | $ | 2,285,683.66 |
| N4L9B | Legg Mason ClearBridge Aggressive Growth Fund | B | $ | 12,596,078.01 | 3.816164% | $ | 4,145,431.91 |
| N4L9C | Legg Mason ClearBridge Aggressive Growth Fund | C | $ | 6,214,345.15 | 1.882726% | $ | 2,045,171.89 |
| N4L9I | Legg Mason ClearBridge Aggressive Growth Fund | I | $ | 688.38 | 0.000209% | $ | 226.55 |
| N4M0A | Legg Mason Capital Management All Cap Fund | A | $ | 1,451,942.53 | 0.439887% | $ | 477,841.51 |
| N4M0B | Legg Mason Capital Management All Cap Fund | B | $ | 1,655,612.24 | 0.501592% | $ | 544,870.22 |
| N4M0C | Legg Mason Capital Management All Cap Fund | C | $ | 2,525,200.91 | 0.765046% | $ | 831,056.18 |
| N4M01 | Legg Mason Capital Management All Cap Fund | 1 | $ | 144.78 | 0.000044% | $ | 47.65 |
| N4P9A | Legg Mason ClearBridge Appreciation Fund | A | $ | 9,555,033.10 | 2.894836% | $ | 3,144,608.90 |
| N4P9B | Legg Mason ClearBridge Appreciation Fund | B | $ | 6,449,965.42 | 1.954110% | $ | 2,122,715.09 |
| N4P9C | Legg Mason ClearBridge Appreciation Fund | C | $ | 2,835,685.11 | 0.859112% | $ | 933,238.07 |
| N4P9I | Legg Mason ClearBridge Appreciation Fund | I | $ | 742.28 | 0.000225% | $ | 244.29 |
| N4I8A | Legg Mason ClearBridge California Municipals Fund | A | $ | 489,073.25 | 0.148172% | $ | 160,966.44 |
| N4I8B | Legg Mason ClearBridge California Municipals Fund | B | $ | 245,639.98 | 0.074420% | $ | 80,841.34 |
| N4I8C | Legg Mason ClearBridge California Municipals Fund | C | $ | 69,842.66 | 0.021160% | $ | 23,001.90 |
| N4BAA | Legg Mason ClearBridge Equity Income Builder Fund | A | $ | 6,474,842.61 | 1.961647% | $ | 2,130,902.90 |
| N4BAB | Legg Mason ClearBridge Equity Income Builder Fund | B | $ | 4,430,941.05 | 1.342418% | $ | 1,458,244.73 |
| N4BAC | Legg Mason ClearBridge Equity Income Builder Fund | C | $ | 837,088.90 | 0.253680% | $ | 275,490.12 |
| N4BAI | Legg Mason ClearBridge Equity Income Builder Fund | I | $ | 560.95 | 0.000170% | $ | 184.61 |
| N4O8A | Legg Mason ClearBridge Capital Fund | A | $ | 24,969.13 | 0.007565% | $ | 8,217.46 |
| N4O8B | Legg Mason ClearBridge Capital Fund | B | $ | 35,620.71 | 0.010792% | $ | 11,722.95 |
| N4O8C | Legg Mason ClearBridge Capital Fund | C | $ | 32,225.72 | 0.009763% | $ | 10,605.84 |
| N4I6A | Legg Mason Western Asset Core Bond Fund | A | $ | 121,700.54 | 0.036871% | $ | 40,062.26 |
| N4I6B | Legg Mason Western Asset Core Bond Fund | B | $ | 281,498.09 | 0.085284% | $ | 92,642.42 |
| N4I6C | Legg Mason Western Asset Core Bond Fund | C | $ | 132,602.31 | 0.040174% | $ | 43,640.08 |
| N4K6A | Legg Mason Western Asset Core Plus Bond Fund | A | $ | 904,197.22 | 0.273929% | $ | 297,562.64 |
| N4K6B | Legg Mason Western Asset Core Plus Bond Fund | B | $ | 156,974.00 | 0.047559% | $ | 51,660.92 |
| N4K6C | Legg Mason Western Asset Core Plus Bond Fund | C | $ | 42,973.56 | 0.013019% | $ | 14,142.81 |
| N4K6I | Legg Mason Western Asset Core Plus Bond Fund | I | $ | 721.15 | 0.000218% | $ | 237.33 |
| KVC5A | Legg Mason ClearBridge Diversified Large Cap Growth Fund | A | $ | 521,269.73 | 0.157926% | $ | 171,552.46 |
| KVC5B | Legg Mason ClearBridge Diversified Large Cap Growth Fund | B | $ | 57,050.60 | 0.017284% | $ | 18,775.64 |
| KVC5C | Legg Mason ClearBridge Diversified Large Cap Growth Fund | C | $ | 1,814.90 | 0.000550% | $ | 597.29 |
| N4I0A | Legg Mason Western Asset Strategic Income Fund | A | $ | 2,025,652.06 | 0.613701% | $ | 666,652.17 |
| N4I0B | Legg Mason Western Asset Strategic Income Fund | B | $ | 2,324,459.04 | 0.704229% | $ | 764,991.03 |
| N4I0C | Legg Mason Western Asset Strategic Income Fund | C | $ | 643,838.53 | 0.195060% | $ | 211,890.46 |
| N4I0I | Legg Mason Western Asset Strategic Income Fund | I | $ | 416.46 | 0.000126% | $ | 137.08 |
| N4WCA | Legg Mason ClearBridge Dividend Strategy Fund | A | $ | 57,626.60 | 0.017459% | $ | 18,965.27 |
| N4WCB | Legg Mason ClearBridge Dividend Strategy Fund | B | $ | 285,125.59 | 0.086383% | $ | 93,839.25 |
| N4WCC | Legg Mason ClearBridge Dividend Strategy Fund | C | $ | 20,778.68 | 0.006295% | $ | 6,838.66 |
| N4WCI | Legg Mason ClearBridge Dividend Strategy Fund | I | $ | 670.09 | 0.000203% | $ | 220.53 |
| N4C1A | Legg Mason ClearBridge Fundamental Value Fund | A | $ | 5,135,236.32 | 1.555794% | $ | 1,690,031.81 |

**Confidential Treatment**
Requested by Legg Mason Partners Fund Advisor, LLC

# Payment File

| Code | Entitled Fund | Class | TOTAL TA FEES | Distributable Share | DISGORGEMENT RELATED — Specific Disgorgement Distributable Amount |
|---|---|---|---|---|---|
| | | | | | $ 108,628,237.37 |
| N4C1B | Legg Mason ClearBridge Fundamental Value Fund | B | $ 7,998,025.71 | 2.423118% | $ 2,632,190.03 |
| N4C1C | Legg Mason ClearBridge Fundamental Value Fund | C | $ 4,460,669.98 | 1.351425% | $ 1,468,028.67 |
| N4C1I | Legg Mason ClearBridge Fundamental Value Fund | I | $ 437.86 | 0.000133% | $ 144.10 |
| KYC3A | Legg Mason Batterymarch Global Equity Fund | A | $ 288,102.27 | 0.087285% | $ 94,815.89 |
| KYC3B | Legg Mason Batterymarch Global Equity Fund | B | $ 470,809.50 | 0.142639% | $ 154,945.75 |
| KYC3C | Legg Mason Batterymarch Global Equity Fund | C | $ 82,809.65 | 0.025088% | $ 27,253.07 |
| KYC3I | Legg Mason Batterymarch Global Equity Fund | I | $ 188.33 | 0.000057% | $ 61.98 |
| KYC31 | Legg Mason Batterymarch Global Equity Fund | 1 | $ 146.74 | 0.000044% | $ 48.29 |
| N4B6A | Legg Mason Western Asset Government Securities Fund | A | $ 1,558,200.64 | 0.472079% | $ 512,811.58 |
| N4B6B | Legg Mason Western Asset Government Securities Fund | B | $ 420,326.45 | 0.127344% | $ 138,331.52 |
| N4B6C | Legg Mason Western Asset Government Securities Fund | C | $ 325,192.65 | 0.098652% | $ 107,022.52 |
| N4B6I | Legg Mason Western Asset Government Securities Fund | I | $ 1,056.99 | 0.000320% | $ 347.86 |
| N4B61 | Legg Mason Western Asset Government Securities Fund | 1 | $ 17,509.11 | 0.005305% | $ 5,762.34 |
| N4J7A | Legg Mason Western Asset High Income Fund | A | $ 1,424,728.14 | 0.431642% | $ 468,885.12 |
| N4J7B | Legg Mason Western Asset High Income Fund | B | $ 1,691,171.14 | 0.512365% | $ 556,572.83 |
| N4J7C | Legg Mason Western Asset High Income Fund | C | $ 494,704.27 | 0.149876% | $ 162,809.64 |
| N4J71 | Legg Mason Western Asset High Income Fund | 1 | $ 718.90 | 0.000218% | $ 236.59 |
| N4Q0A | Legg Mason Western Asset Global Inflation Management Fund | C | $ 260,261.17 | 0.078850% | $ 85,653.25 |
| N4Q0C | Legg Mason Western Asset Global Inflation Management Fund | I | $ 9,914.80 | 0.003004% | $ 3,263.01 |
| N4J0A | Legg Mason Western Asset Intermediate Maturity California Municipals Fund | A | $ 36,211.93 | 0.010871% | $ 11,917.53 |
| N4J0I | Legg Mason Western Asset Intermediate Maturity California Municipals Fund | I | $ 149.73 | 0.000045% | $ 49.28 |
| N4J0C | Legg Mason Western Asset Intermediate Maturity California Municipals Fund | C | $ 16,259.99 | 0.004926% | $ 5,351.24 |
| N41A | Legg Mason Western Asset Intermediate Maturity New York Municipals Fund | A | $ 74,220.54 | 0.022486% | $ 24,426.35 |
| N41C | Legg Mason Western Asset Intermediate Maturity New York Municipals Fund | C | $ 22,349.29 | 0.006770% | $ 7,350.86 |
| N4J6A | Legg Mason Western Asset Intermediate-Term Municipals Fund | A | $ 246,816.54 | 0.074777% | $ 81,169.21 |
| N4J6C | Legg Mason Western Asset Intermediate-Term Municipals Fund | C | $ 243,871.02 | 0.073703% | $ 80,160.43 |
| N4Q4A | Legg Mason Global Currents International All Cap Opportunity Fund | A | $ 1,118,382.75 | 0.338830% | $ 368,082.32 |
| N4Q4B | Legg Mason Global Currents International All Cap Opportunity Fund | B | $ 689,079.67 | 0.211798% | $ 230,070.60 |
| N4Q4C | Legg Mason Global Currents International All Cap Opportunity Fund | C | $ 775,112.48 | 0.234832% | $ 255,003.37 |
| N4Q4I | Legg Mason Global Currents International All Cap Opportunity Fund | I | $ 1,103.18 | 0.000334% | $ 363.06 |
| N4K5A | Legg Mason Western Asset Corporate Bond Fund | A | $ 787,709.25 | 0.238648% | $ 259,238.70 |
| N4K5B | Legg Mason Western Asset Corporate Bond Fund | B | $ 633,514.07 | 0.191932% | $ 208,492.63 |
| N4K5C | Legg Mason Western Asset Corporate Bond Fund | C | $ 173,844.98 | 0.052669% | $ 57,213.25 |
| N4K6I | Legg Mason Western Asset Corporate Bond Fund | I | $ 898.51 | 0.000272% | $ 295.70 |
| N4O9A | Legg Mason ClearBridge Investors Value Fund | A | $ 1,640,025.82 | 0.496870% | $ 539,740.65 |
| N4O9B | Legg Mason ClearBridge Investors Value Fund | B | $ 7,328,789.37 | 2.220363% | $ 2,411,941.02 |
| N4O9C | Legg Mason ClearBridge Investors Value Fund | C | $ 4,745,326.69 | 1.437665% | $ 1,561,710.61 |
| N4O9I | Legg Mason ClearBridge Investors Value Fund | I | $ 1,875.35 | 0.000568% | $ 617.19 |
| N4L1A | Legg Mason ClearBridge Large Cap Growth Fund | A | $ 17,230.61 | 0.005220% | $ 5,670.68 |
| N4L1B | Legg Mason ClearBridge Large Cap Growth Fund | B | $ 48,113.22 | 0.014577% | $ 15,834.30 |
| N4L1C | Legg Mason ClearBridge Large Cap Growth Fund | C | $ 39,873.10 | 0.012080% | $ 13,122.44 |
| N4L1I | Legg Mason ClearBridge Large Cap Growth Fund | I | $ 90,004.22 | 0.027265% | $ 29,620.84 |
| N4F6B | Legg Mason Lifestyle Allocation 50% | B | $ 261,086.14 | 0.079100% | $ 85,924.75 |
| N4F6C | Legg Mason Lifestyle Allocation 50% | C | $ 167,039.37 | 0.050607% | $ 54,973.49 |

Confidential Treatment
Requested by Legg Mason Partners Fund Advisor, LLC

# Payment File

| | Entitled Fund | Class | TOTAL TA FEES | DISGORGEMENT RELATED | |
|---|---|---|---|---|---|
| | | | | Distributable Share | Specific Disgorgement Distributable Amount |
| | | | | | $ 108,628,237.37 |
| N4F9A | Legg Mason Lifestyle Allocation 70% | A | $ 260,202.09 | 0.078832% | $ 85,633.80 |
| N4F9B | Legg Mason Lifestyle Allocation 70% | B | $ 808,545.58 | 0.244961% | $ 266,096.37 |
| N4F9C | Legg Mason Lifestyle Allocation 70% | C | $ 228,582.16 | 0.069252% | $ 75,227.63 |
| N4F8A | Legg Mason Lifestyle Allocation 85% | A | $ 289,428.66 | 0.087687% | $ 95,252.41 |
| N4F8B | Legg Mason Lifestyle Allocation 85% | B | $ 687,527.73 | 0.208236% | $ 226,268.79 |
| N4F8C | Legg Mason Lifestyle Allocation 85% | C | $ 212,181.09 | 0.064283% | $ 69,829.85 |
| N4F7A | Legg Mason Lifestyle Income Fund | B | $ 10,456.50 | 0.003168% | $ 3,441.29 |
| N4F7B | Legg Mason Lifestyle Income Fund | B | $ 28,166.00 | 0.008533% | $ 9,269.59 |
| N4F7C | Legg Mason Lifestyle Income Fund | C | $ 25,733.45 | 0.007795% | $ 8,469.01 |
| N4I9A | Legg Mason Western Asset Managed Municipals Fund | A | $ 2,598,074.47 | 0.787124% | $ 855,039.23 |
| N4I9B | Legg Mason Western Asset Managed Municipals Fund | B | $ 1,377,846.54 | 0.417435% | $ 453,456.15 |
| N4I9C | Legg Mason Western Asset Managed Municipals Fund | C | $ 371,584.08 | 0.112577% | $ 122,290.17 |
| N4I9I | Legg Mason Western Asset Managed Municipals Fund | I | $ 9,056.65 | 0.002744% | $ 2,980.59 |
| N4I9I | Legg Mason Western Asset Managed Municipals Fund | I | $ 342.32 | 0.000104% | $ 112.66 |
| N43A | Legg Mason Western Asset Massachusetts Municipals Fund | A | $ 45,636.91 | 0.013825% | $ 15,019.33 |
| N43B | Legg Mason Western Asset Massachusetts Municipals Fund | B | $ 42,295.77 | 0.012814% | $ 13,919.75 |
| N43C | Legg Mason Western Asset Massachusetts Municipals Fund | C | $ 3,874.14 | 0.001174% | $ 1,275.00 |
| N45A | Legg Mason ClearBridge Mid Cap Core Fund | A | $ 1,292,838.54 | 0.391684% | $ 425,479.59 |
| N45B | Legg Mason ClearBridge Mid Cap Core Fund | B | $ 2,111,671.81 | 0.639762% | $ 694,961.69 |
| N45C | Legg Mason ClearBridge Mid Cap Core Fund | C | $ 1,707,421.07 | 0.517283% | $ 561,920.76 |
| N45I | Legg Mason ClearBridge Mid Cap Core Fund | I | $ 767.68 | 0.000233% | $ 253.65 |
| N45I | Legg Mason ClearBridge Mid Cap Core Fund | I | $ 534.43 | 0.000162% | $ 176.38 |
| N42A | Legg Mason Western Asset Municipal High Income Fund | A | $ 562,617.48 | 0.170453% | $ 185,160.21 |
| N42B | Legg Mason Western Asset Municipal High Income Fund | B | $ 209,196.35 | 0.063379% | $ 68,847.66 |
| N42C | Legg Mason Western Asset Municipal High Income Fund | C | $ 30,670.04 | 0.009292% | $ 10,093.86 |
| N42I | Legg Mason Western Asset Municipal High Income Fund | I | $ 45.03 | 0.000014% | $ 14.82 |
| N45A | Legg Mason Western Asset New Jersey Municipals Fund | A | $ 184,571.70 | 0.055919% | $ 60,743.46 |
| N45B | Legg Mason Western Asset New Jersey Municipals Fund | B | $ 94,972.30 | 0.028773% | $ 31,255.86 |
| N45C | Legg Mason Western Asset New Jersey Municipals Fund | C | $ 27,406.87 | 0.008303% | $ 9,019.74 |
| N45I | Legg Mason Western Asset New Jersey Municipals Fund | I | $ 22.12 | 0.000007% | $ 7.28 |
| N43A | Legg Mason Western Asset New York Municipals Fund | A | $ 558,491.66 | 0.169203% | $ 183,802.38 |
| N43B | Legg Mason Western Asset New York Municipals Fund | B | $ 257,267.52 | 0.077943% | $ 84,668.02 |
| N43C | Legg Mason Western Asset New York Municipals Fund | C | $ 55,303.10 | 0.016755% | $ 18,200.53 |
| N43I | Legg Mason Western Asset New York Municipals Fund | I | $ 109.31 | 0.000033% | $ 35.97 |
| N4H9A | Legg Mason Western Asset Oregon Municipals Fund | A | $ 24,491.73 | 0.007420% | $ 8,060.35 |
| N4H9B | Legg Mason Western Asset Oregon Municipals Fund | B | $ 27,070.30 | 0.008201% | $ 8,908.87 |
| N4H9C | Legg Mason Western Asset Oregon Municipals Fund | C | $ 10,726.73 | 0.003250% | $ 3,530.22 |
| N4H9I | Legg Mason Western Asset Oregon Municipals Fund | I | $ 44.24 | 0.000013% | $ 14.56 |
| N4H7A | Legg Mason Western Asset Pennsylvania Municipals Fund | A | $ 30,650.01 | 0.009286% | $ 10,087.07 |
| N4H7B | Legg Mason Western Asset Pennsylvania Municipals Fund | B | $ 58,036.62 | 0.017583% | $ 19,100.14 |
| N4H7C | Legg Mason Western Asset Pennsylvania Municipals Fund | C | $ 20,815.98 | 0.006307% | $ 6,850.64 |
| N4YA4A | Legg Mason Western Asset Short Duration Municipal Income Fund | A | $ 7,797.88 | 0.002362% | $ 2,566.32 |
| N4YA4C | Legg Mason Western Asset Short Duration Municipal Income Fund | C | $ 14,102.47 | 0.004273% | $ 4,641.19 |
| N4Y4I | Legg Mason Western Asset Short Duration Municipal Income Fund | I | $ 46.52 | 0.000014% | $ 15.31 |
| N4X7A | Legg Mason Western Asset Short-Term Bond Fund | A | $ 172,527.36 | 0.052270% | $ 56,780.61 |
| N4X7I | Legg Mason Western Asset Short-Term Bond Fund | I | $ 854.18 | 0.000259% | $ 281.11 |
| N4K7C | Legg Mason Western Asset Short-Term Bond Fund | C | $ 31,792.47 | 0.009632% | $ 10,463.06 |
| 0835A | Legg Mason Batterymarch U.S. Small Capitalization Equity Portfolio | A | $ 294,058.24 | 0.089089% | $ 96,776.03 |

Confidential Treatment
Requested by Legg Mason Partners Fund Advisor, LLC

# Payment File

| | Entitled Fund | Class | TOTAL TA FEES | Distributable Share | Specific Disgorgement Distributable Amount |
|---|---|---|---|---|---|
| | | | | | $ 106,628,237.67 |
| 0935C | Legg Mason Batterymarch U.S. Small Capitalization Equity Portfolio | C | $ 88,722.50 | 0.026680% | $ 29,199.02 |
| N4P0A | Legg Mason ClearBridge Small Cap Growth Fund | A | $ 314,386.75 | 0.095248% | $ 103,468.24 |
| N4P0B | Legg Mason ClearBridge Small Cap Growth Fund | B | $ 497,497.18 | 0.147085% | $ 160,429.19 |
| N4P0C | Legg Mason ClearBridge Small Cap Growth Fund | C | $ 203,480.00 | 0.061647% | $ 66,988.28 |
| N4P0I | Legg Mason ClearBridge Small Cap Growth Fund | I | $ 76.04 | 0.000023% | $ 25.03 |
| N4P01 | Legg Mason ClearBridge Small Cap Growth Fund | 1 | $ 6,945.68 | 0.002103% | $ 2,284.54 |
| N4W6A | Legg Mason ClearBridge Small Cap Value Fund | A | $ 359,152.20 | 0.108810% | $ 118,198.77 |
| N4W6B | Legg Mason ClearBridge Small Cap Value Fund | B | $ 517,371.52 | 0.156745% | $ 170,269.54 |
| N4W6C | Legg Mason ClearBridge Small Cap Value Fund | C | $ 488,719.79 | 0.148065% | $ 160,840.11 |
| N4W6I | Legg Mason ClearBridge Small Cap Value Fund | I | $ 19,208.28 | 0.005819% | $ 6,321.54 |
| N4P7A | Legg Mason Investment Counsel Social Awareness Fund | A | $ 1,071,633.47 | 0.324667% | $ 352,679.90 |
| N4P7B | Legg Mason Investment Counsel Social Awareness Fund | B | $ 651,245.96 | 0.197304% | $ 214,328.28 |
| N4P7C | Legg Mason Investment Counsel Social Awareness Fund | C | $ 144,386.13 | 0.043744% | $ 47,518.19 |
| N4N3A | Legg Mason Batterymarch S&P 500 Index Fund | A | $ 139,794.40 | 0.042353% | $ 46,007.03 |
| N4N3D | Legg Mason Batterymarch S&P 500 Index Fund | D | $ 14.19 | 0.000004% | $ 4.67 |
| N4Y6Sing | Legg Mason Western Asset Variable Adjustable Rate Income Portfolio | Single | $ 6,249.90 | 0.001893% | $ 2,056.87 |
| N4C5I | Legg Mason ClearBridge Variable Aggressive Growth Portfolio | I | $ 62,916.85 | 0.019062% | $ 20,706.25 |
| N4C7I | Legg Mason ClearBridge Variable Appreciation Portfolio | I | $ 77,916.05 | 0.023606% | $ 25,642.56 |
| N45II | Legg Mason ClearBridge Variable Equity Income Builder Portfolio | II | $ 10,833.16 | 0.003282% | $ 3,565.25 |
| N4Y1Sing | Legg Mason ClearBridge Variable Capital Portfolio | Single | $ 14,166.44 | 0.004292% | $ 4,662.25 |
| N4IC5Sing | Legg Mason ClearBridge Variable Dividend Strategy Portfolio | Single | $ 26,250.21 | 0.007953% | $ 8,639.07 |
| N41PSing | Legg Mason Western Asset Variable Diversified Strategic Income Portfolio | Single | $ 25,832.92 | 0.007826% | $ 8,501.74 |
| N4W6I | Legg Mason ClearBridge Variable Fundamental Value Portfolio | I | $ 37,512.78 | 0.011365% | $ 12,345.64 |
| N431Sing | Legg Mason Batterymarch Variable Global Equity Portfolio | Single | $ 10,832.83 | 0.003282% | $ 3,565.14 |
| N4K1Sing | Legg Mason Western Asset Variable High Income Portfolio | Single | $ 25,832.92 | 0.007826% | $ 8,501.74 |
| N4O5Sing | Legg Mason Global Currents Variable International All Cap Opportunity Portfolio | Single | $ 45,415.84 | 0.013759% | $ 14,946.61 |
| N4O2I | Legg Mason ClearBridge Variable Investors Portfolio | I | $ 46,665.66 | 0.014138% | $ 15,357.67 |
| N4L0I | Legg Mason ClearBridge Variable Large Cap Growth Portfolio | I | $ 25,832.92 | 0.007826% | $ 8,501.74 |
| N4C4Sing | Legg Mason Variable Lifestyle Allocation 70% | Single | $ 40,410.02 | 0.012245% | $ 13,301.11 |
| N4G3Sing | Legg Mason Variable Lifestyle Allocation 70% | Single | $ 25,832.92 | 0.007828% | $ 8,501.74 |
| N4G2Sing | Legg Mason Variable Lifestyle Allocation 85% | Single | $ 25,832.92 | 0.007826% | $ 8,501.74 |
| N4M4I | Legg Mason ClearBridge Variable Mid Cap Core Portfolio | I | $ 25,416.85 | 0.007700% | $ 8,364.81 |
| N4H5Sing | Legg Mason Western Asset Variable Money Market Portfolio | Single | $ 39,582.70 | 0.011992% | $ 13,026.86 |
| N4T5I | Legg Mason ClearBridge Variable Small Cap Growth Portfolio | I | $ 14,583.45 | 0.004418% | $ 4,799.49 |
| N4G9A | Western Asset California Municipal Money Market Fund | A | $ 2,172,156.97 | 0.658086% | $ 714,867.66 |
| N4G9I | Western Asset California Municipal Money Market Fund | I | $ 171.77 | 0.000052% | $ 56.53 |
| N4H2A | Western Asset Government Money Market Fund | A | $ 8,339,049.99 | 2.526436% | $ 2,744,422.82 |
| N4GAI | Western Asset Institutional Government Money Market Fund | I | $ 444,716.03 | 0.134733% | $ 146,358.26 |
| N4G4I | Western Asset Institutional Money Market Fund | I | $ 3,365,983.70 | 1.019773% | $ 1,107,761.97 |
| N4G6I | Western Asset Institutional Municipal Money Market Fund | I | $ 1,099,160.33 | 0.333007% | $ 361,739.13 |
| N4G0A | Western Asset Massachusetts Municipal Money Market Fund | A | $ 186,869.36 | 0.056615% | $ 61,499.64 |
| N4H0A | Western Asset Money Market Fund | A | $ 132,018,371.74 | 39.996877% | $ 43,447,902.59 |
| N4H0I | Western Asset Money Market Fund | I | $ 1,253.91 | 0.000380% | $ 412.67 |
| N4H0B | Western Asset Money Market Fund | B | $ 498,080.96 | 0.150901% | $ 163,920.92 |
| N4H0C | Western Asset Money Market Fund | C | $ 240,178.80 | 0.072766% | $ 79,044.04 |
| N4G7A | Western Asset Municpal Money Market Fund | A | $ 8,202,417.23 | 2.485041% | $ 2,699,456.30 |
| N4G8A | Western Asset New York Municipal Money Market Fund | A | $ 2,049,467.20 | 0.620916% | $ 674,489.95 |
| N4G8I | Western Asset New York Municipal Money Market Fund | I | $ 69.13 | 0.000021% | $ 22.75 |

# Payment File

| Code | Entitled Fund | Class | TOTAL TA FEES | Distributable Share | Specific Disgorgement Distributable Amount |
|---|---|---|---|---|---|
| | | | | | $ 108,628,237.37% |
| 0903A | Legg Mason Barrett Financial Services Fund | A | $ 77,729.95 | 0.0235449% | $ 25,581.31 |
| 0903B | Legg Mason Barrett Financial Services Fund | B | $ 163,730.97 | 0.0496605% | $ 53,884.68 |
| 0903C | Legg Mason Barrett Financial Services Fund | C | $ 133,029.39 | 0.0403039% | $ 43,780.63 |
| | **Metlife funds (State Street Bank, custodian):** | | | | |
| N472A | Metropolitan Series Fund Inc. - MFS Total Return Portfolio | F | $ 25,832.92 | 0.0078826% | $ 8,501.74 |
| N4V4A | Metropolitan Series Fund Inc. - BlackRock Bond Income Portfolio | E | $ 25,832.92 | 0.0078826% | $ 8,501.74 |
| N4V5A | Metropolitan Series Fund Inc. - Western Asset Management Strategic Bond Opportunities Portfolio | A | $ 25,832.92 | 0.0078826% | $ 8,501.74 |
| N4V9A | Met Investors Series Trust - Pioneer Fund Portfolio | A | $ 25,832.92 | 0.0078826% | $ 8,501.74 |
| N4W0A | Metropolitan Series Fund Inc. - BlackRock Legacy Large Cap Growth Portfolio | A | $ 51,665.84 | 0.0165653% | $ 17,003.48 |
| N4W4A | Met Investors Series Trust - Pioneer Strategic Income Portfolio | A | $ 25,832.92 | 0.0078826% | $ 8,501.74 |
| | **Subsequently liquidated funds (State Street Bank, agent for LMPFA) (Amounts to be reimbursed to Legg Mason Partners Fund Advisor, LLC):** | | | | |
| N42CA | Legg Mason Partners Capital Preservation Fund | A | $ 81,560.93 | | $ 51,768.63 |
| N42CB | Legg Mason Partners Capital Preservation Fund | B | $ 1,084,806.68 | | $ 688,552.23 |
| N42CC | Legg Mason Partners Capital Preservation Fund | C | $ 201,466.44 | | $ 127,875.48 |
| N44CA | Legg Mason Partners Capital Preservation Fund II | A | $ 51,359.73 | | $ 31,824.65 |
| N44CB | Legg Mason Partners Capital Preservation Fund II | B | $ 816,952.13 | | $ 492,687.75 |
| N44CC | Legg Mason Partners Capital Preservation Fund II | C | $ 127,689.13 | | $ 76,235.46 |
| N4K9I | Legg Mason Partners Variable Government Portfolio | I | $ 25,833.54 | | $ 16,109.46 |
| N4W7A | Smith Barney Principal Return Fund - Security and Growth Fund | A | $ 528,299.61 | | $ 289,775.00 |
| N4K3A | Greenwich Street Series Fund - Intermediate High Grade Portfolio | A | $ 25,832.92 | | $ 14,223.00 |
| N4CCA | Consulting Group Capital Markets Funds - Multi-Strategy Market Neutral Investments | A | $ 211,353.14 | | $ 116,389.00 |
| N4M9A | Legg Mason Partners Hansberger Global Value Fund | A | $ 52,021.88 | | $ 30,247.00 |
| N4M9B | Legg Mason Partners Hansberger Global Value Fund | B | $ 93,871.79 | | $ 54,580.00 |
| N4M9C | Legg Mason Partners Hansberger Global Value Fund | C | $ 29,282.76 | | $ 17,026.00 |
| N4M9Y | Legg Mason Partners Hansberger Global Value Fund | Y | $ 379.84 | | |
| N49CA | Legg Mason Partners Real Return Strategy Fund | A | $ 3,506.61 | | $ 2,039.00 |
| N49CB | Legg Mason Partners Real Return Strategy Fund | B | $ 45.35 | | $ 26.00 |
| N49CC | Legg Mason Partners Real Return Strategy Fund | C | $ 32.13 | | $ 19.00 |
| N4N1I | Legg Mason Partners Variable Equity Index Portfolio | I | $ 25,832.92 | | $ 15,279.47 |
| N4N1II | Legg Mason Partners Variable Equity Index Portfolio | II | $ 25,833.52 | | $ 15,279.47 |
| | Estimated pro rata earnings to Legg Mason Partners Fund Advisor, LLC | | | | $ 114,128.98 |
| | **Subtotal State Street Bank** | | $ 303,907,942.07 | 91.048088% | $ 101,058,059.19 |

Confidential Treatment
Requested by Legg Mason Partners Fund Advisor, LLC