# EXHIBIT B

BROWN
BROTHERS
HARRIMAN

June 2, 2010

Re: Administrative Proceeding File No. 3-11935

Brown Brothers Harriman & Co. is the custodian of the funds and classes for which it is identified as custodian in the attached Payment File. This letter confirms that Brown Brothers Harriman & Co. received an ACH transfer in the aggregate amount of $9,724,303.76 from the United States Treasury on May 26, 2010 and credited to each of those funds or classes the Specific Distributable Amount shown for that fund or class in the Payment File on May 26, 2010

Brown Brothers Harriman & Co.

By: *[signature]*

Ryan Cosgrove
Assistant Vice President
Brown Brothers Harriman & Co.

BROWN BROTHERS HARRIMAN & CO.
40 WATER STREET, BOSTON, MA 02109-3661
www.bbh.com  TEL. 617.742.1818

## Payment File

| Entitled Fund | Class | Specific Distributable Amount |
|---|---|---|
| **Citigroup TRAK funds (Brown Brothers Harriman and Co., custodian):** | | |
| Consulting Group Capital Markets Funds - Core Fixed Income Investments | A | $ 861,850.27 |
| Consulting Group Capital Markets Funds - Emerging Markets Equity Investments | A | $ 772,320.13 |
| Consulting Group Capital Markets Funds - Money Market Investments | A | $ 1,088,808.71 |
| Consulting Group Capital Markets Funds - High Yield Investments | A | $ 502,407.95 |
| Consulting Group Capital Markets Funds - International Equity Investments | A | $ 1,155,980.64 |
| Consulting Group Capital Markets Funds - International Fixed Income Investments | A | $ 414,775.09 |
| Consulting Group Capital Markets Funds - Large Capitalization Growth Investments | A | $ 1,253,652.77 |
| Consulting Group Capital Markets Funds - Large Capitalization Value Equity Investments | A | $ 1,245,146.61 |
| Consulting Group Capital Markets Funds - Municipal Bond Investments | A | $ 30,034.02 |
| Consulting Group Capital Markets Funds - Small Capitalization Growth Investments | A | $ 1,207,352.89 |
| Consulting Group Capital Markets Funds - Small Capitalization Value Equity Investments | A | $ 1,191,974.68 |
| **Subtotal Brown Brothers Harriman and Co.** | | **$ 9,724,303.76** |

Confidential Treatment
Requested by Legg Mason Partners Fund Advisor, LLC