UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

SMITH BARNEY TRANSFER AGENT
LITIGATION

This document relates to: all actions

05 Civ. 7583 (WHP)
ECF case

## NOTICE OF WITHDRAWAL OF CATHERINE MARLANTES RAHM AS COUNSEL OF RECORD AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that Catherine Marlantes Rahm is hereby withdrawn as counsel of record in the above-captioned matter for defendants Citigroup Global Markets Inc. and Smith Barney Fund Management LLC. As of November 25, 2010 Ms. Rahm will no longer be employed by Wilmer Cutler Pickering Hale and Dorr LLP. Wilmer Cutler Pickering Hale and Dorr LLP will continue as counsel for the above-referenced defendants.

Dated: November 18, 2010

Respectfully submitted,

Catherine Rahm
Catherine Marlantes Rahm
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
catherine.rahm@wilmerhale.com

*Counsel for Defendants Smith Barney Fund Management LLC and Citigroup Global Markets Inc.*

SO ORDERED

Hon. William H. Pauley
United States District Judge

12/7/10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/10