UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SMITH BARNEY<br>FUND TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP) |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this matter as counsel for plaintiffs Steven W. Hall, Richard W. Rees, Bahrat U. Shah, and David Zagunis.  I certify that I am admitted to practice in this District.

Dated: May 19, 2011	**STULL, STULL & BRODY**

	 s/ James E. Lahm
	James E. Lahm (JL-0242)
	6 East 45th Street
	New York, New York 10017
	(212) 687-7230 (Tel)
	(212) 490-2022 (Fax)

	**Counsel for Plaintiffs Steven W. Hall, Richard W. Rees, Bharat U. Shah, and David Zagunis.**