UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE SMITH BARNEY FUND TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP) |
|---|---|

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this matter as counsel for plaintiffs Steven W. Hall, Richard W. Rees, Bahrat U. Shah, and David Zagunis. I certify that I am admitted to practice in this District.

Dated: May 19, 2011    **STULL, STULL & BRODY**

   s/ Mark Levine
Mark Levine (PS-1765)
6 East 45th Street
New York, New York 10017
(212) 687-7230 (Tel)
(212) 490-2022 (Fax)

**Counsel for Plaintiffs Steven W. Hall, Richard W. Rees, Bharat U. Shah, and David Zagunis.**