UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE SMITH BARNEY FUND TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP) |
|---|---|

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this matter as counsel for plaintiffs Steven W. Hall, Richard W. Rees, Bahrat U. Shah, and David Zagunis. I certify that I am admitted to practice in this District.

Dated: May 19, 2011              **WEISS & LURIE**

    s/ Richard A. Acocelli
Richard A. Acocelli (RA-2029)
Times Square Plaza
1500 Broadway Suite 1600
New York, New York 10036
(212) 682-3025 (Tel)
(212) 682-3010 (Fax)

**Counsel for Plaintiffs Steven W. Hall, Richard W. Rees, Bharat U. Shah, and David Zagunis.**

1