

# WILMERHALE

June 14, 2011

**Lori A. Martin**

+1 212 295 6412 (t)
+1 212 230 8888 (f)
lori.martin@wilmerhale.com

***By Hand Delivery***

Honorable William H. Pauley III
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re Smith Barney Transfer Agent Litigation*, No. 05 Civ. 7583 (WHP)

To The Honorable William H. Pauley III:

This firm represents defendants Smith Barney Fund Management LLC and Citigroup Global Markets Inc. (the "Citi Defendants").  I write on behalf of my clients to request that Your Honor adjourn the upcoming status conference, currently scheduled to begin at 2:00 p.m. on June 20, 2011 [dkt no. 133], ███████████████████████████████, and June 24th before 3:00 p.m.

We are requesting this adjournment because both principal trial counsel for the Citi Defendants will be out of town and unable to attend the conference currently scheduled for June 20th in person.  This is the first request for an adjournment of this conference.  All the parties consent to this request.  The requested adjournment would not affect any other scheduled dates.

Respectfully submitted,

Lori Martin /BAS

Lori A. Martin
WILMER CUTLER PICKERING
    HALE and DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

*Counsel for Defendants Smith Barney Fund Management LLC and Citigroup Global Markets Inc.*

cc:   Joseph R. Seidman, Jr. (by email)
      Richard Morvillo (by email)

*Handwritten order:* Application granted. The parties are directed to appear in person for a conference on June 24, 2011 at 11:00 AM.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
6/17/11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/11

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022
Beijing    Berlin    Boston    Brussels    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington