UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                             :      05 Civ. 7583 (WHP)

IN RE SMITH BARNEY TRANSFER
AGENT LITIGATION                 :      <u>SCHEDULING ORDER</u>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

           The parties having appeared for a conference on June 24, 2011, the following

schedule is established on consent:

           (1) Plaintiffs shall serve and file an amended complaint by June 30, 2011;

           (2) Defendants shall serve and file their motion for judgment on the pleadings by
               July 8, 2011;

           (3) Plaintiffs shall serve and file their opposition by August 8, 2011;

           (4) Defendants shall serve and file any reply by August 15, 2011; and

           (5) This Court will hear oral argument on September 8, 2011 at 2:15 p.m.

Dated: June 24, 2011
       New York, New York

                               SO ORDERED:

```
╔═══════════════════════════╗
║ USDC SDNY                 ║
║ DOCUMENT                  ║
║ ELECTRONICALLY FILED      ║
║ DOC #:_____    ║
║ DATE FILED: 6/24/11       ║
╚═══════════════════════════╝
```

                                 _____
                                 WILLIAM H. PAULEY III
                                      U.S.D.J.

*All Counsel of Record*