AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| In re Smith Barney Fund Transfer Agent Litigation ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> *Defendant* ) | Case No. 1:05cv7583 (WHP) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Linda Rotskoff

Date: 07/14/2011

*Attorney's signature*

Joshua H. Vinik JV8680
*Printed name and bar number*

Milberg LLP
One Pennsylvania Plaza, 48th Floor
New York, NY 10119

*Address*

jvinik@milberg.com
*E-mail address*

(212) 594-5300
*Telephone number*

(212) 868-1229
*FAX number*