AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| In re Smith Barney Fund Transfer Agent Litigation ) | |
| *Plaintiff* ) | |
| v.              ) | Case No.   1:05cv7583 (WHP) |
|                 ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Linda Rotskoff

Date:   07/14/2011

*Attorney's signature*

John R.S. McFarlane JM8528
*Printed name and bar number*

Milberg LLP
One Pennsylvania Plaza, 50th Floor
New York, NY 10119

*Address*

jmcfarlane@milberg.com
*E-mail address*

(212) 594-5300
*Telephone number*

(212) 868-1229
*FAX number*