UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SMITH BARNEY<br>FUND TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP)<br><br>[PROPOSED] ORDER FOR ADMISSION<br>*PRO HAC VICE* ON WRITTEN MOTION |

Upon the Motion of Lori A. Martin, attorney for defendants Smith Barney Fund Management LLC and Citigroup Global Markets Inc., and the sponsor attorney's declaration in support,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David P. Nicolardi |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 1875 Pennsylvania Avenue NW |
| City/State: | Washington, D.C. 20006 |
| Phone No.: | (202) 663-6149 |
| Fax No.: | (202) 663-6363 |
| Email: | david.nicolardi@wilmerhale.com |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/11
```

is admitted to practice *pro hac vice* as counsel for defendants Smith Barney Fund Management LLC and Citigroup Global Markets Inc., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

DATED:  August 9, 2011
        New York, New York

_____
United States District Judge