UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SMITH BARNEY TRANSFER AGENT LITIGATION<br><br>This document relates to: all actions | 05 Civ. 7583 (WHP)<br><br>ECF case |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned hereby also enters his appearance as counsel in this action for defendants Smith Barney Fund Management LLC and Citigroup Global Markets Inc.

Dated: September 13, 2011

Respectfully submitted,

/s/ Peter H. White_____
Peter H. White
SCHULTE ROTH AND ZABEL LLP
1152 Fifteenth Street, N.W., Suite 850
Washington, D.C. 20005
Tel: (202) 729-7470
Fax: (202) 730-4520
peter.white@srz.com

*Counsel for Defendants Smith Barney Fund Management LLC, Citigroup Global Markets Inc., and Lewis Daidone*

DOC ID-17417390.1