UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SMITH BARNEY<br>FUND TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP) |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that **Edward H. Glenn Jr. of Zamansky & Associates LLC** respectfully enters his appearance as counsel for plaintiffs Robert and Ann Yiambellis in this action.

Dated: New York, NY
September 22, 2011

Respectfully submitted,

**ZAMANSKY & ASSOCIATES, LLC**

*/s/ Edward H. Glenn, Jr.*
Edward H. Glenn, Jr. (EG-0042)
eglenn@zamansky.com
50 Broadway, 32nd Floor
New York, NY  10004
Telephone:  (212) 742-1414
Facsimile:   (212) 742-1177