USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 9/22/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                      :    05 Civ. 7583 (WHP)

IN RE SMITH BARNEY TRANSFER
AGENT LITIGATION                    :    SCHEDULING ORDER

-----------------------------------X

WILLIAM H. PAULEY III, District Judge:

       The parties having appeared for a conference on September 16, 2011, the following schedule is established:

       (1) Plaintiffs shall serve and file their motions for appointment as lead plaintiff and lead counsel by October 6, 2011;

       (2) Plaintiffs shall serve and file any responses to those motions by October 17, 2011;

       (3) This Court will hold oral argument on October 28, 2011 at 11:00 a.m.

       In addition, discovery is stayed pending resolution of the motions for appointment of lead plaintiff and lead counsel.

Dated: September 22, 2011
       New York, New York

                                SO ORDERED:

                               _____
                               WILLIAM H. PAULEY III
                               U.S.D.J.

*Counsel of Record:*

U. Seth Ottensoser, Esq.
Bernstein Liebhard, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
*Counsel for Plaintiffs*

Mark Levine
Stull Stull & Brody
6 East 45th Street, 5th Floor
New York, NY 10017
*Counsel for Plaintiffs*

Lori A. Martin, Esq.
Wilmer, Cutler, Hale & Dorr, L.L.P.
399 Park Avenue
New York, NY 10022
*Counsel for Smith Barney Fund Management LLC
and Citigroup Global Markets, Inc.*

Richard J. Morvillo, Esq.
Schulte Roth & Zabel LLP
1152 Fifteenth Street, N.W., Suite 850
Washington, DC 20005
*Counsel for Lewis Daidone*