UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SMITH BARNEY<br>FUND TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP) |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that **Jacob H. Zamansky** of **Zamansky & Associates LLC** respectfully enters his appearance as counsel for plaintiffs Robert and Ann Yiambellis in this action.

Dated: New York, NY
September 23, 2011

Respectfully submitted,

**ZAMANSKY & ASSOCIATES, LLC**

*/s/ Jacob H. Zamansky*
Jacob H. Zamansky (JZ-1999)
jake@zamansky.com
50 Broadway, 32nd Floor
New York, NY  10004
Telephone:  (212) 742-1414
Facsimile:  (212) 742-1177