UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SMITH BARNEY<br>FUND TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP) |

## NOTICE OF ARTHUR LAUFER'S MOTION TO
## APPOINT LEAD PLAINTIFF AND LEAD COUNSEL

PLEASE TAKE NOTICE that movant Arthur Laufer ("Laufer"), by his counsel, will hereby move this Court on October 28, 2011 or at such other date and time as may be designated by the Court, at 500 Pearl Street, New York, New York 10007, for an Order (1) appointing Laufer as Lead Plaintiff on behalf of all purchasers and/or redeemers of the mutual fund shares or other ownership interest of one or more Smith Barney Family of Funds from September 11, 2000 through May 31, 2005 (the "Class");  (2) approving Laufer's selection of Gardy & Notis, LLP as Lead Counsel for the Class; and (3) granting Laufer such other and further relief as the Court deems appropriate.  In support of this Motion, Laufer submits herewith a supporting memorandum of law.

PLEASE TAKE FURTHER NOTICE that counsel for movant Laufer hereby requests oral argument.

Dated: October 6, 2011

        **GARDY & NOTIS, LLP**
        By: *s/ Kira German*
        Mark C. Gardy
        James S. Notis
        Kira German
        501 Fifth Avenue, Suite 1408
        New York, New York 10017
        Tel: 212-905-0509
        Fax: 212-905-0508

560 Sylvan Avenue, Suite 3085
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7337
Fax: 201-567-7377

*Counsel for Movant Arthur Laufer*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 6, 2011            **GARDY & NOTIS, LLP**
                                  By: *s/ Kira German*
                                  Mark C. Gardy
                                  James S. Notis
                                  Kira German
                                  501 Fifth Avenue, Suite 1408
                                  New York, New York 10017
                                  Tel: 212-905-0509
                                  Fax: 212-905-0508

                                  560 Sylvan Avenue, Suite 3085
                                  Englewood Cliffs, New Jersey 07632
                                  Tel: 201-567-7337
                                  Fax: 201-567-7377

                                  *Counsel for Movant Arthur Laufer*