UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SMITH BARNEY<br>FUND TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP) |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that **Kevin D. Galbraith of Zamansky & Associates LLC** respectfully enters his appearance as counsel for plaintiffs Robert and Ann Yiambellis in this action.

Dated: New York, NY
October 7, 2011

Respectfully submitted,

**ZAMANSKY & ASSOCIATES, LLC**

*/s/ Kevin D. Galbraith*
Kevin D. Galbraith (KG-7512)
kevin@zamansky.com
50 Broadway, 32nd Floor
New York, New York 10004
Telephone: (212) 742-1414
Facsimile: (212) 742-1177