UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SMITH BARNEY<br>FUND TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP) |

### CERTIFICATE OF SERVICE

    I hereby certify that on October 17, 2011, I caused the Memorandum of Law In Further Support of Arthur Laufer's Motion for Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel and in Opposition to Competing Lead Plaintiff and Lead Counsel Motions and the Declaration of Kira German and supporting exhibits to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 17, 2011

**GARDY & NOTIS, LLP**
By: *s/ Kira German*
Mark C. Gardy
James S. Notis
Kira German
501 Fifth Avenue, Suite 1408
New York, New York 10017
Tel: 212-905-0509
Fax: 212-905-0508

560 Sylvan Avenue, Suite 3085
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7337
Fax: 201-567-7377

*Counsel for Movant Arthur Laufer*