UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SMITH BARNEY TRANSFER AGENT LITIGATION<br><br>This document relates to: all actions | 05 Civ. 7583 (WHP)<br>ECF case |

### NOTICE OF WITHDRAWAL OF BRIAN A. SUTHERLAND AS COUNSEL OF RECORD AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that Brian Sutherland is hereby withdrawn as counsel of record in the above-captioned matter for defendants Citigroup Global Markets Inc. and Smith Barney Fund Management LLC, because as of November 2, 2011, Mr. Sutherland will no longer be employed by the law firm Wilmer Cutler Pickering Hale and Dorr LLP, and will no longer have any association with the above-captioned matter. Wilmer Cutler Pickering Hale and Dorr LLP will continue as counsel for the above-referenced defendants.

Dated: November 1, 2011

Respectfully submitted,

Brian A. Sutherland
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
brian.sutherland@wilmerhale.com

*Counsel for Defendants Smith Barney Fund Management LLC and Citigroup Global Markets Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/11

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
11/3/11