UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
IN RE: SMITH BARNEY TRANSFER  :    05 Civ. 7583 (WHP)
AGENT LITIGATION              :
                              :    ORDER
------------------------------X
                              :
THIS DOCUMENT RELATES TO:     :
                              :
ALL ACTIONS                   :
                              :
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/11

WILLIAM H. PAULEY III, District Judge:

The parties are directed to appear for a status conference on January 13, 2012, at 12:00 p.m. at which this Court will consider renewed motion applications. The Clerk of the Court is directed to terminate all pending motions.

Dated: December 21, 2011
       New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

*All Counsel of Record*