UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE SMITH BARNEY                          :     05 Civ. 7583 (WHP)
FUND TRANSFER AGENT LITIGATION              :
------------------------------------------------------------x

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this matter as counsel for plaintiffs Steven W. Hall, Richard W. Rees, Renee Miller, Bharat U. Shah and David F. Zagunis. I certify that I am admitted to practice in this District.

Dated: January 3, 2012                      STULL, STULL & BRODY

                                            /s/ Patrick Slyne
                                            Patrick Slyne
                                            6 East 45th Street
                                            New York, New York 10017
                                            (212) 687-7230 (Tel)
                                            (212) 490-2022 (Fax)

                                            Counsel for Plaintiffs Steven W. Hall, Richard W.
                                            Rees, Renee Miller, Bharat U. Shah and David F.
                                            Zagunis