UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/12
```

IN RE SMITH BARNEY
TRANSFER AGENT LITIGATION

05 Civ. 7583 (WHP)

### STIPULATION AND [REDACTED] ORDER

IT IS HEREBY STIPULATED AND AGREED by and among the parties to this litigation, through their undersigned attorneys, who represent that they are authorized to make the agreement on behalf of their respective clients, as follows:

1. Newly appointed co-lead counsel for the proposed plaintiff class, Stull, Stull & Brody and Weiss & Lurie, agree to comply with and be bound in all respects by the Stipulation and Order so ordered and entered on April 5, 2011, which governs the designation and treatment of confidential materials and related matters in this litigation.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

1/11/12

Respectfully submitted this 10th day of January, 2012.

SCHULTE ROTH & ZABEL LLP

By: /s/ Richard J. Morvillo
Richard J. Morvillo
richard.morvillo@srz.com
Peter H. White
peter.white@srz.com
1152 Fifteenth Street, NW
Suite 850
Washington, DC 20005
202.729.7470

*Counsel for Defendants*
*Smith Barney Fund Management LLC,*
*Citigroup Capital Markets, Inc. and*
*Lewis E. Daidone*

WILMER CUTLER PICKERING HALE & DORR LLP

By:_____
Lori A. Martin
lori.martin@wilmerhale.com
Peter K. Vigeland
peter.vigeland@wilmerhale.com
399 Park Avenue
New York, New York 10022
212.230.8800

*Counsel for Defendants*
*Smith Barney Fund Management LLC*
*and Citigroup Capital Markets, Inc.*

STULL, STULL & BRODY

By:_____
Jules Brody
jbrody@ssbny.com
Mark Levine
mlevine@ssbny.com
6 East 45th Street
New York, New York 10017
212.687.7230

WEISS & LURIE

By:_____
Joseph H. Weiss
jweiss@weisslurie.com
Richard A. Acocelli
racocelli@weisslurie.com
Times Square Plaza
1500 Broadway, 16th Floor
New York, New York 10036
212.682.3025

*Co-Lead Counsel for Plaintiff*

Respectfully submitted this __th day of January, 2012.

SCHULTE ROTH & ZABEL LLP

By:_____
Richard J. Morvillo
richard.morvillo@srz.com
Peter H. White
peter.white@srz.com
1152 Fifteenth Street, NW
Suite 850
Washington, DC 20005
202.729.7470

*Counsel for Defendants*
*Smith Barney Fund Management LLC,*
*Citigroup Capital Markets, Inc. and*
*Lewis E. Daidone*

WILMER CUTLER PICKERING HALE &
DORR LLP

By: *[signature]*
Lori A. Martin
lori.martin@wilmerhale.com
Peter K. Vigeland
peter.vigeland@wilmerhale.com
399 Park Avenue
New York, New York 10022
212.230.8800

*Counsel for Defendants*
*Smith Barney Fund Management LLC*
*and Citigroup Capital Markets, Inc.*

STULL, STULL & BRODY

By:_____
Jules Brody
jbrody@ssbny.com
Mark Levine
mlevine@ssbny.com
6 East 45th Street
New York, New York 10017
212.687.7230

WEISS & LURIE

By:_____
Joseph H. Weiss
jweiss@weisslurie.com
Richard A. Acocelli
racocelli@weisslurie.com
Times Square Plaza
1500 Broadway, 16th Floor
New York, New York 10036
212.682.3025

*Co-Lead Counsel for Plaintiff*

Respectfully submitted this __th day of January, 2012.

| | |
|---|---|
| SCHULTE ROTH & ZABEL LLP | STULL, STULL & BRODY |
| By:_____ | By: /s/ Mark Levine |
| Richard J. Morvillo | Jules Brody |
| richard.morvillo@srz.com | jbrody@ssbny.com |
| Peter H. White | Mark Levine |
| peter.white@srz.com | mlevine@ssbny.com |
| 1152 Fifteenth Street, NW | 6 East 45th Street |
| Suite 850 | New York, New York 10017 |
| Washington, DC 20005 | 212.687.7230 |
| 202.729.7470 | |

*Counsel for Defendants*
*Smith Barney Fund Management LLC,*
*Citigroup Capital Markets, Inc. and*
*Lewis E. Daidone*

WEISS & LURIE

By:_____
Joseph H. Weiss
jweiss@weisslurie.com
Richard A. Acocelli
racocelli@weisslurie.com
Times Square Plaza
1500 Broadway, 16th Floor
New York, New York 10036
212.682.3025

WILMER CUTLER PICKERING HALE & DORR LLP

By:_____
Lori A. Martin
lori.martin@wilmerhale.com
Peter K. Vigeland
peter.vigeland@wilmerhale.com
399 Park Avenue
New York, New York 10022
212.230.8800

*Co-Lead Counsel for Plaintiff*

*Counsel for Defendants*
*Smith Barney Fund Management LLC*
*and Citigroup Capital Markets, Inc.*

Respectfully submitted this 9th day of January, 2012.

SCHULTE ROTH & ZABEL LLP

By:_____
Richard J. Morvillo
richard.morvillo@srz.com
Peter H. White
peter.white@srz.com
1152 Fifteenth Street, NW
Suite 850
Washington, DC 20005
202.729.7470

*Counsel for Defendants
Smith Barney Fund Management LLC,
Citigroup Capital Markets, Inc. and
Lewis E. Daidone*

WILMER CUTLER PICKERING HALE &
DORR LLP

By:_____
Lori A. Martin
lori.martin@wilmerhale.com
Peter K. Vigeland
peter.vigeland@wilmerhale.com
399 Park Avenue
New York, New York 10022
212.230.8800

*Counsel for Defendants
Smith Barney Fund Management LLC
and Citigroup Capital Markets, Inc.*

STULL, STULL & BRODY

By:_____
Jules Brody
jbrody@ssbny.com
Mark Levine
mlevine@ssbny.com
6 East 45th Street
New York, New York 10017
212.687.7230

WEISS & LURIE

By: /s/ Joseph H. Weiss
Joseph H. Weiss
jweiss@weisslurie.com
Richard A. Acocelli
racocelli@weisslurie.com
Times Square Plaza
1500 Broadway, 16th Floor
New York, New York 10036
212.682.3025

*Co-Lead Counsel for Plaintiff*