```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
IN RE: SMITH BARNEY TRANSFER  :    05 Civ. 7583 (WHP)
AGENT LITIGATION              :
                              :    ORDER
------------------------------X

WILLIAM H. PAULEY III, District Judge:

The parties having appeared for a conference on January 13, 2012, the following is established:

(1) Discovery in this action remains stayed;

(2) Plaintiffs shall file their amended complaint by February 28, 2012;

(3) Defendants shall file a memorandum of law regarding whether discovery should remain stayed pending the resolution of a motion to dismiss by March 7, 2012;

(4) Plaintiffs shall file an opposition memorandum regarding the discovery stay by March 14, 2012;

(5) Defendants shall file any reply by March 19, 2012;

(6) Defendants shall file their motion to dismiss the amended complaint by March 30, 2012;

(7) Plaintiffs shall file their opposition by April 30, 2012;

(8) Defendants shall file their reply, if any, by May 11, 2012; and

(9) This Court will hear oral argument on the motion to dismiss on May 24, 2012 at 11:00 a.m.

Dated: January 13, 2012
       New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

*All Counsel of Record*

-1-