RECEIVED
FEB 28 2012
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Pauley J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SMITH BARNEY TRANSFER AGENT LITIGATION<br><br>This document relates to: all actions | 05 Civ. 7583 (WHP)<br>ECF case |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/12

### NOTICE OF WITHDRAWAL OF DAVID P. NICOLARDI AS COUNSEL OF RECORD AND ~~PROPOSED~~ ORDER

**PLEASE TAKE NOTICE** that David Nicolardi is hereby withdrawn as counsel of record in the above-captioned matter for defendants Citigroup Global Markets Inc. and Smith Barney Fund Management LLC, because as of February 28, 2012, Mr. Nicolardi will no longer be employed by the law firm Wilmer Cutler Pickering Hale and Dorr LLP, and will no longer have any association with the above-captioned matter. Wilmer Cutler Pickering Hale and Dorr LLP will continue as counsel for the above-referenced defendants.

Dated: February 27, 2012

Respectfully submitted,

*David Nicolardi*

David P. Nicolardi
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
brian.sutherland@wilmerhale.com

*Counsel for Defendants Smith Barney Fund Management LLC and Citigroup Global Markets Inc.*

**SO ORDERED:**

*William H. Pauley*
WILLIAM H. PAULEY III U.S.D.J.   2/28/12