UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| IN RE SMITH BARNEY TRANSFER AGENT LITIGATION | ) <br> ) Civ. Action No. 05-7583 (WHP) <br> ) ECF Case |

# NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE, that Michael A. Rogovin of Weiss & Lurie hereby appears as counsel for the plaintiffs Steven W. Hall, Richard W. Rees, Bahrat U. Shah, David F. Zagunis and Renee Miller. I certify that I am admitted to practice in this District.

DATED: March 6, 2012
New York, New York

Respectfully submitted,

WEISS & LURIE

s/ Michael A. Rogovin
Joseph H. Weiss
Michael A. Rogovin
1500 Broadway
New York, New York  10036
(212) 682-3025

Counsel for Plaintiffs Steven W. Hall, Richard W. Rees, Bharat U. Shah, David F. Zagunis and Renee Miller