UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW OF YORK

---

IN RE SMITH BARNEY TRANSFER AGENT LITIGATION

)
)  Civ. Action No. 05-7583 (WHP)
)  ECF Case

---

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Fourth Consolidated and Amended Class Action Complaint and the Appendix to the Fourth Consolidated and Amended Class Action Complaint were served via email upon the following parties on February 28, 2012:

Richard J. Morvillo, Esq.
Jeffrey F. Robertson, Esq.
Peter H. White, Esq.
Shulte, Roth & Zabel LLP
1152 Fifteenth St., NW, Suite 850
Washington, DC 20005
richard.morvillo@srz.com
pete.white@srz.com
jeffrey.robertson@srz.com

Peter K. Vigeland, Esq.
Lori A. Martin, Esq.
WilmerHale
399 Park Avenue
New York, NY 10022
peter.vigeland@wilmerhale.com
lori.martin@wilmerhale.com

DATED:   March 6, 2012
         New York, New York

Respectfully submitted,

WEISS & LURIE

_____s/ Richard A. Acocelli_____
Richard A. Acocelli
1500 Broadway
New York, New York  10036
(212) 682-3025

Co-Lead Counsel for Plaintiffs