UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SMITH BARNEY FUND TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP)<br>ECF case |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I Alex Bourelly hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Thomas W. Jones in the above-captioned action.

I am a member in good standing of the bar of the District of Columbia, and a non-practicing member in good standing of the bar of the State of Texas, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 21, 2012

Respectfully Submitted,

Alex Bourelly
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 639-7743
Fax: (202) 585-4086
alex.bourelly@bakerbotts.com

DAL01:1195952.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2012, I served the foregoing on the following parties via U.S. Mail.

Mark Levine
Stull Stull & Brody
6 East 45th Street, 5th Floor
New York, NY 10017

*Counsel for Lead Plaintiff*


Peter Hugh White
Schulte, Roth & Zabel, LLP
1152 Fifteenth Street, N.W.
Suite 850
Washington, DC 20005

*Counsel for Defendants Smith Barney Fund Management LLC, Citigroup Global Markets, Inc., and Lewis E. Daidone*

John B. Lawrence



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____ALEX   J.   BOURELLY_____

was on the   1ST   day of   APRIL, 1994

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 19, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
               Deputy Clerk

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

March 15, 2012

RE:   **Mr. Alex Joseph Bourelly**
      State Bar Number - **00783691**

To Whom it May Concern:

This is to certify that Mr. Alex Joseph Bourelly was licensed to practice law in Texas on November 06, 1992 and is an active member in good standing with the State Bar of Texas; however, Mr. Alex Joseph Bourelly is currently claiming the Minimum Continuing Legal Education non-practicing exemption and is, therefore, not eligible to practice law in Texas.

Good Standing means that the attorney is current on payment of Bar dues; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SMITH BARNEY FUND TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP)<br>ECF case<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Alex Bourelly for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the District of Columbia, and a non-practicing member in good standing of the bar of the State of Texas, and that his contact information is as follows:

> Alex Bourelly
> Baker Botts L.L.P.
> 1299 Pennsylvania Avenue, NW
> Washington, DC 20004
> Tel: (202) 639-7743
> Fax: (202) 585-4086
> alex.bourelly@bakerbotts.com

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing dis cipline of attorneys. Counsel shall immediately apply for an ECF password.

Dated: _____

_____
HON. WILLIAM H PAULEY III

DAL01:1195952.1