UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SMITH BARNEY FUND TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP)<br>ECF case |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I John Benjamin Lawrence hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Thomas W. Jones in the above-captioned action.

I am in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: March 23, 2012

Respectfully Submitted,

John B. Lawrence
Baker Botts L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
p: (214) 953-6873
f: (214) 661-4873
john.lawrence@bakerbotts.com

DAL01:1195084.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2012, I served the foregoing on the following parties via U.S. Mail.

Mark Levine
Stull Stull & Brody
6 East 45th Street, 5th Floor
New York, NY 10017

*Counsel for Lead Plaintiff*

Peter Hugh White
Schulte, Roth & Zabel, LLP
1152 Fifteenth Street, N.W.
Suite 850
Washington, DC 20005

*Counsel for Defendants Smith Barney
Fund Management LLC, Citigroup Global
Markets, Inc., and Lewis E. Daidone*

_____
John B. Lawrence

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

March 15, 2012

RE:  **Mr. John Benjamin Lawrence**
      State Bar Number - **24055825**

To Whom it May Concern:

This is to certify that Mr. John Benjamin Lawrence was licensed to practice law in Texas on November 03, 2006 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

*Linda A. Acevedo*
Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SMITH BARNEY FUND TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP)<br>ECF case<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of John B. Lawrence for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the state of Texas, and that his contact information is as follows:

> John B. Lawrence
> Baker Botts L.L.P.
> 2001 Ross Avenue, Suite 600
> Dallas, Texas 75201
> p: (214) 953-6873
> f: (214) 661-4873
> john.lawrence@bakerbotts.com

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing dis cipline of attorneys. Counsel shall im mediately apply for an ECF password.

Dated: _____

_____
HON. WILLIAM H PAULEY III

DAL01:1195084.1