# BAKER BOTTS LLP

2001 ROSS AVENUE
DALLAS, TEXAS
75201-2980

TEL +1 214.953.6500
FAX +1 214.953.6503
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
**DALLAS**
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
WASHINGTON

March 13, 2012

**MEMO ENDORSED**

Jessica B. Pulliam
(212) 953-6677
FAX +1 (212) 661-4677
jessica.pulliam@bakerbotts.com

The Honorable William H. Pauley
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007-1312

Re: *In re Smith Barney Transfer Agent Litigation*, 05 Civ. 7583 (WHP)

Dear Judge Pauley:

On January 25, 2011, this Court dismissed the section 10(b) and 20(a) claims against Defendant Thomas Jones. At a February 16, 2011 hearing following this Court's dismissal order, the Court stated that Mr. Jones was "out of the case." Feb. 16, 2011 Tr. at 12. Accordingly, on February 28, 2011, the Court granted Mr. Jones's request to be relieved from the deadline for responding to former lead plaintiff's amended complaint.

Thereafter, the parties engaged in extensive discovery in which Mr. Jones did not participate, and plaintiffs amended their claims twice without reasserting any claim against Mr. Jones. On January 17, 2012, this Court entered an order allowing new lead plaintiff to further amend the complaint. Despite this Court's previous dismissal order and expectation that Jones would be "out of the case," Plaintiffs' Fourth Consolidated and Amended Class Action Complaint asserts claims against Mr. Jones.

Q1 <u>I thus write respectfully to request a telephone hearing to discuss the re-assertion of previously dismissed claims against Mr. Jones</u> and the need, if any, for Mr. Jones again to seek dismissal of the claims against him.

Respectfully submitted,

*Jessica B. Pulliam*
Jessica B. Pulliam

cc: (*by email*)

Mark Levine
Patrick Slyne
Richard A. Acocelli
Michael A. Rogovin
Brad Lakin

DAL01:1194929.1

---

Application granted. The parties are directed to participate in a telephone conference with the Court on April 3, 2012, at 3:00 p.m. Counsel should provide the Court with dial-in information prior to the conference.

SO ORDERED:

*William H. Pauley*
WILLIAM H. PAULEY III U.S.D.J.
3/30/12

**BAKER BOTTS** LLP

The Honorable William H. Pauley             Page 2                            March 13, 2012

        Edward Glenn
        Sandy A. Liebhard
        Joseph R. Seidman
        Peter White
        Richard Morvillo
        Lori Martin
        Peter Vigeland