USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

SMITH BARNEY FUND TRANSFER AGENT LITIGATION

05 Civ. 7583 (WHP)
ECF case

~~[PROPOSED]~~ **ORDER FOR ADMISSION PRO HAC VICE**

The motion of John B. Lawrence for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the state of Texas, and that his contact information is as follows:

> John B. Lawrence
> Baker Botts L.L.P.
> 2001 Ross Avenue, Suite 600
> Dallas, Texas 75201
> p: (214) 953-6873
> f: (214) 661-4873
> john.lawrence@bakerbotts.com

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password.

Dated: Mar. 30, 2012

_____
HON. WILLIAM H PAULEY III