DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

SMITH BARNEY FUND TRANSFER AGENT
LITIGATION

05 Civ. 7583 (WHP)
ECF case

~~PROPOSED~~ **ORDER FOR**
**ADMISSION PRO HAC VICE**

The motion of Alex Bourelly for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the District of Columbia, and a non-practicing member in good standing of the bar of the State of Texas, and that his contact information is as follows:

> Alex Bourelly
> Baker Botts L.L.P.
> 1299 Pennsylvania Avenue, NW
> Washington, DC 20004
> Tel: (202) 639-7743
> Fax: (202) 585-4086
> alex.bourelly@bakerbotts.com

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing dis cipline of attorneys. Counsel shall immediately apply for an ECF password.

Dated: _Mar. 30, 2012_

_____
HON. WILLIAM H PAULEY III

DAL01:1195952.1