**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SMITH BARNEY FUND TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP)<br>ECF case<br><br>**MOTION FOR REMOVAL OF COUNSEL OF RECORD AND SUBSTITUTION OF LEAD ATTORNEY** |

Defendant Thomas W. Jones respectfully requests the Court to remove George Irvin Terrell, Jr. as counsel of record and lead attorney to Mr. Jones, and to substitute Alex Bourelly (whose admission *pro hac vice* for representation of Mr. Jones in this matter was approved March 30, 2012) as lead attorney. Mr. Terrell is retiring from the law firm of Baker Botts L.L.P., and no longer represents Mr. Jones. Sending court papers to Mr. Terrell through this Court's Electronic Case Filing system or otherwise is thus unnecessary. Mr. Jones thus seeks an order removing Mr. Terrell as counsel of record and lead attorney, and substituting Alex Bourelly as lead attorney.

Dated: April 5, 2012

By: /s/ Alex Bourelly
Alex Bourelly (Admitted *pro hac vice*)
**BAKER BOTTS L.L.P.**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 639-7700
Fax: (202) 639-7890
alex.bourelly@bakerbotts.com

Jessica B. Pulliam (Admitted *pro hac vice*)
John B. Lawrence (Admitted *pro hac vice*)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Tel: (214) 953-6500
Fax: (214) 953-6503
jessica.pulliam@bakerbotts.com
john.lawrence@bakerbotts.com

*Counsel for Defendant Thomas W. Jones*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2012, I served the foregoing on all parties by filing this document with the Clerk of Court using the CM/ECF system, pursuant to Local Civil Rule 5.2.

/s/ Alex Bourelly
Alex Bourelly