UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/12

In re

SMITH BARNEY FUND TRANSFER AGENT LITIGATION

05 Civ. 7583 (WHP)
ECF case

~~[PROPOSED]~~ ORDER FOR REMOVAL OF COUNSEL OF RECORD AND SUBSTITUTION OF LEAD ATTORNEY

Upon motion of Defendant Thomas W. Jones, it is **ORDERED** that George Irvin Terrell, Jr. be removed as counsel of record and lead attorney to Mr. Jones, and that Alex Bourelly be substituted in his place as lead attorney to Mr. Jones. Further service of court papers on Mr. Terrell through the ECF system or otherwise is no longer necessary.

Dated: Apr. 16, 2012

_____
HON. WILLIAM H PAULEY III

DAL01:1197254.1