UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
IN RE SMITH BARNEY                              Case No.  05 Civ. 7583 (WHP)
TRANSFER AGENT LITIGATION       Plaintiff,

    -against-

                                       Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

        **Richard J. Morvillo**
        FILL IN ATTORNEY NAME

My SDNY Bar Number is: RM0441    My State Bar Number is: 3571718

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Schulte Roth & Zabel LLP
                FIRM ADDRESS: 1152 15th St., NW, Ste 850, Washington, DC 20005
                FIRM TELEPHONE NUMBER: (202) 729-7479
                FIRM FAX NUMBER: (202) 730-4520

NEW FIRM:    FIRM NAME: Morvillo LLP
                FIRM ADDRESS: 1101 17th St., NW, Ste 1006, Washington, DC 20004
                FIRM TELEPHONE NUMBER: (301) 807-9300
                FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  May 4, 2012                      /s/ Richard J. Morvillo
                                                  ATTORNEY'S SIGNATURE