AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| IN RE SMITH BARNEY TRANSFER AGENT LIT. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 05 Civ. 7583 (WHP) |
| | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Smith Barney Fund Management LLC, Citigroup Global Markets Inc., and Lewis E. Daidone.

Date: 05/04/2012

/s/ Jeffrey F. Robertson
*Attorney's signature*

Jeffrey F. Robertson
*Printed name and bar number*

Schulte Roth & Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC 20005
*Address*

jeffrey.robertson@srz.com
*E-mail address*

(202) 729-7470
*Telephone number*

(202) 730-4520
*FAX number*