USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
IN RE: SMITH BARNEY TRANSFER        :   05 Civ. 7583 (WHP)
AGENT LITIGATION                              :
                                                      :   SCHEDULING ORDER
------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:

      Oral argument on Defendants' motions to dismiss is rescheduled to June 13, 2012 at 11:00 a.m.

Dated: May 11, 2012
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*

-1-