```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

SMITH BARNEY TRANSFER AGENT
LITIGATION

This document relates to:  all actions

05 Civ. 7583 (WHP)
ECF case

### NOTICE OF WITHDRAWAL OF DAVID M. BURKOFF AS COUNSEL OF RECORD AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that David M. Burkoff is hereby withdrawn as counsel of record in the above-captioned matter for defendants Citigroup Global Markets Inc. and Smith Barney Fund Management LLC. As of July 3, 2012, Mr. Burkoff will no longer be employed by Wilmer Cutler Pickering Hale and Dorr LLP. Wilmer Cutler Pickering Hale and Dorr LLP will continue as co-counsel for the above-referenced defendants.

Dated: June 20, 2012

Respectfully submitted,

David M. Burkoff
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
david.burkoff@wilmerhale.com

*Counsel for Defendants Smith Barney Fund Management LLC and Citigroup Global Markets Inc.*

SO ORDERED

Hon. William H. Pauley
United States District Judge

6/21/12