UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
IN RE SMITH BARNEY TRANSFER                     Case No.  05CV7583 (WHP)
AGENT LITIGATION            Plaintiff,

          -against-

                                    Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending              [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**LORI A. MARTIN**
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LM7125      My State Bar Number is: 2495638

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: WILMER CUTLER PICKERING HALE & DORR LLP
              FIRM ADDRESS: 399 PARK AVENUE, NY, NY 10022
              FIRM TELEPHONE NUMBER: 212-230-8800
              FIRM FAX NUMBER: 212-230-8888

NEW FIRM:     FIRM NAME: WILMER CUTLER PICKERING HALE & DORR LLP
              FIRM ADDRESS: 7 WORLD TRADE CENTER, NY, NY 10007
              FIRM TELEPHONE NUMBER: 212-230-8800
              FIRM FAX NUMBER: 212-230-8888

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 7/11/12                              S/ LORI A. MARTIN
                                            ATTORNEY'S SIGNATURE