
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/12

MEMO ENDORSED

Schulte Roth&Zabel LLP
1152 Fifteenth Street, NW, Suite 850
Washington, DC 20005
202.729.7470
202.730.4520 fax
www.srz.com

Writer's Direct Number
202.729.7476

Writer's E-mail Address
peter.white@srz.com

August 24, 2012

RECEIVED
AUG 24 2012
CHAMBERS OF WILLIAM H. PAULEY U.S.D.J.

**BY HAND DELIVERY**

The Honorable William H. Pauley, III
United States District Court Judge
Southern District of New York
500 Pearl Street
Room 2210
New York, New York 10007

Re: *In re Smith Barney Transfer Agent Litigation*,
No. 05-CV-7583(WHP)

Dear Judge Pauley:

Defendant Lewis E. Daidone respectfully requests that the deadline for his answer to the Fourth Consolidated and Amended Complaint be extended approximately ten (10) days, from August 29, 2012 to September 10, 2012. Co-lead counsel for plaintiffs have consented to Mr. Daidone's request, which is necessitated by the press of other matters involving Mr. Daidone's counsel. There have been no prior requests to extend this deadline (although Your Honor previously permitted Mr. Daidone additional time to respond to a prior complaint). *See* Dkt. No. 61 (Aug. 4, 2006).

Should the Court desire us to do so, we would be pleased to submit a proposed order for the Court's consideration. Thank you for your attention to this matter.

Respectfully,

Peter H White (TR)

Peter H. White

cc: All Counsel of Record

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

8/24/12

DOC ID-19049085.1