```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/12
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE SMITH BARNEY TRANSFER
AGENT LITIGATION

05 Civ. 7583 (WHP)

**STIPULATION AND ~~[PROPOSED]~~ SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, as follows:

1. The parties have agreed to proceed to mediation before Jonathan B. Marks, Esq. during the week of November 5, 2012;

2. The parties jointly shall report to the Court regarding the outcome of their mediation on or before November 16, 2012; and

3. All discovery shall remain stayed until further order of the Court;

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
10/19/12

DOC ID-19103950.2

Respectfully submitted this 12th day of October 2012.

| STULL STULL & BRODY | SCHULTE ROTH & ZABEL LLP |
|---|---|
| By: /s/ Mark Levine (KE) | By: /s/ Peter White (KE) |
| Jules Brody<br>Mark Levine<br>Patrick Slyne<br>6 East 45th Street<br>New York, New York 10016 | Peter H. White<br>Jeffrey F. Robertson<br>Katherine L. Schuerman<br>1152 Fifteenth Street, N.W.<br>Suite 850<br>Washington, D.C. 20005 |
| WEISS LAW LLP | MORVILLO LLP |
| By: /s/ Richard Acocelli (KE) | By: /s/ Richard Morvillo (KE) |
| Joseph H. Weiss<br>Richard A. Acocelli<br>Michael A. Rogovin<br>1500 Broadway, 16th Floor<br>New York, New York 10036 | Richard J. Morvillo<br>1101 Seventeenth Street, N.W.<br>Washington, D.C. 20036 |
| *Co-Lead Counsel for Plaintiffs* | *Co-Counsel for Defendant Lewis E. Daidone* |

## ORDER

IT IS SO ORDERED.

_____
William H. Pauley III
U.S.D.J.

Dated:_____