```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
IN RE: SMITH BARNEY TRANSFER  :    05 Civ. 7583 (WHP)
AGENT LITIGATION              :
                              :    ORDER
------------------------------X

WILLIAM H. PAULEY III, District Judge:

      For the reasons stated on the record on December 12, 2012, Plaintiffs' application for leave to amend the complaint is denied.

      Further, the parties having appeared for a conference on December 12, 2012, the following schedule is established:

      (1) Plaintiffs shall serve and file their motion for class certification by January 18, 2013;

      (2) Defendant shall serve and file his opposition by February 15, 2013;

      (3) Plaintiffs shall serve and file any reply by February 25, 2013;

      (4) This Court will hear oral argument on March 6, 2013 at 3:00 p.m.;

      (5) The parties shall exchange any initial expert disclosures by May 31, 2013;

      (6) Discovery shall be completed by June 28, 2013;

      (7) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by August 2, 2013; and

      (8) This Court will hold a final pre-trial conference on August 16, 2013 at 10:00 a.m.

Dated: December 18, 2012
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*