**MILBERG LLP**
Joshua H. Vinik
John R. S. McFarlane
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Attorneys for Linda Rotskoff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| IN RE: SMITH BARNEY TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP) |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**NOTICE OF MOTION**
**FOR WITHDRAWAL OF APPEARANCE**

TO:   THE CLERK OF THE COURT, ALL PARTIES OF RECORD
        AND LINDA ROTSKOFF

**PLEASE TAKE NOTICE,** that John R. S. McFarlane hereby moves to be withdrawn as counsel for plaintiff Linda Rotskoff.  Mr. McFarlane appeared in this case as counsel for Linda Rotskoff on July 14, 2011 (docket no. 146).  Linda Rotskoff was one of the class representatives proposed in connection with the then Lead Plaintiff Operating Local 649 Annuity Trust Fund's July 15, 2011 motion for class certification (docket no. 147) (the "Motion").  The Motion was terminated by this Court in its order dated September 8, 2011 (docket no. 165.)  Accordingly, Linda Rotskoff is neither a Lead Plaintiff nor a Class Representative.  Further, Milberg LLP is

not Lead Counsel in this action. Accordingly, please remove John R. S. McFarlane from all service lists, including the Court's electronic notification list and the mailing list in this case.

Dated: December 20, 2012
      New York, NY

Respectfully Submitted,

/s/   John R. S. McFarlane
John R. S. McFarlane
Joshua H. Vinik
**MILBERG LLP**
One Pennsylvania Plaza, 48th Floor
New York, NY 10119
Tel:  (212) 594-5300
Fax:  (212) 868-1229

*Attorneys for Linda Rotskoff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all parties registered for such notifications.

I hereby further certify that I have mailed the foregoing via U.S. Mail, postage prepaid, to the following non-CM/ECF participant:

>Ms. Linda Rotskoff
>842 North Ballas Rd.
>Unit 303
>St. Louis, MO 63141

>　_/s/ John R. S. McFarlane_
>John R. S. McFarlane