**MILBERG LLP**
Joshua H. Vinik
John R. S. McFarlane
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Attorneys for Linda Rotskoff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SMITH BARNEY TRANSFER AGENT LITIGATION | 05 Civ. 7583 (WHP) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### NOTICE OF MOTION
### OF WITHDRAWAL OF NOTICE OF APPEARANCE

TO:   THE CLERK OF THE COURT, ALL PARTIES OF RECORD
       AND LINDA ROTSKOFF

**PLEASE TAKE NOTICE,** that Joshua H. Vinik will shortly be leaving Milberg LLP and hereby moves to be withdrawn as counsel for plaintiff Linda Rotskoff. Mr. Vinik appeared in this case as counsel for Linda Rotskoff on July 14, 2011 (docket no. 145). Linda Rotskoff was one of the class representatives proposed in connection with the then Lead Plaintiff Operating Local 649 Annuity Trust Fund's July 15, 2011 motion for class certification (docket no. 147) (the "Motion"). The Motion was terminated by this Court in its order dated September 8, 2011 (docket no. 165.) Accordingly, Linda Rotskoff is neither a Lead Plaintiff nor a Class Representative. Further, Milberg LLP is not Lead Counsel in this action. Accordingly, please

remove Joshua H. Vinik from all service lists, including the Court's electronic notification list and the mailing list in this case.

Dated: December 20, 2012
      New York, NY

                                     Respectfully Submitted,

                                     /s/ Joshua H. Vinik
                                   Joshua H. Vinik
                                   John R. S. McFarlane
                                   **MILBERG LLP**
                                   One Pennsylvania Plaza, 48th Floor
                                   New York, NY 10119
                                   Tel: (212) 594-5300
                                   Fax: (212) 868-1229

                                   ***Attorneys for Linda Rotskoff***

Application granted.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
12/20/12