UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

IN RE SMITH BARNEY
TRANSFER AGENT LITIGATION,     Plaintiff,

Case No. 05 Civ. 7583 (WHP)

-against-

Defendant
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Michael A. Rogovin**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MR0147          My State Bar Number is 4402699

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Weiss & Lurie
             FIRM ADDRESS: 551 Fifth Avenue, New York, NY 10176
             FIRM TELEPHONE NUMBER: (212) 682-3025
             FIRM FAX NUMBER: (212) 682-3010

NEW FIRM:    FIRM NAME: WeissLaw LLP
             FIRM ADDRESS: 1500 Broadway, 16th Fl., NY, NY 10036
             FIRM TELEPHONE NUMBER: (212) 682-3025
             FIRM FAX NUMBER: (212) 682-3010 -- MRogovin@weisslawllp.com

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____

Dated: 6-10-13

ATTORNEY'S SIGNATURE