

One World Financial  
Center, 27th Floor  
New York, NY 10017  
(212) 796-6330

**MORVILLO LLP**

1101 17th St., NW  
Suite 1006  
Washington, DC 20036  
(202) 470-0330

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 7/26/13

RICHARD J. MORVILLO  
(202) 803-5850  
rmorvillo@morvillolaw.com

July 19, 2013

Hon. William H. Pauley, III  
United States District Judge  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re: <u>Smith Barney Transfer Agent Litigation (1:05-cv-07583)</u>

Dear Judge Pauley:

I am writing, with the consent of all other counsel, to request that the Court reschedule the pre-motion conference now set for 11:00 am on Friday, July 26, 2013 related to our seeking preliminary approval of the prospective settlement in this matter. Unfortunately, I have a long-standing commitment to appear in court in the District of Columbia at 9:00 am that day and will not be able to make it to New York by 11:00 am. If possible, we would ask that the Court schedule the conference for Monday, July 29 at 10:00 am. If that is not possible and the Court finds the afternoon of Thursday, July 25 convenient, I will contact counsel for the lead plaintiff and my co-counsel to see if they are available at that time.

I would be happy to let other counsel know of any change the Court in scheduling the Court makes.

Respectfully submitted,

Richard J. Morvillo  
*Counsel for Lewis Daidone*

Application granted. The conference is rescheduled to July 31, 2013 at 2:30 p.m.

SO ORDERED:

_____  
WILLIAM H. PAULEY III U.S.D.J.

7/25/13

July 19, 2013
Page 2

cc: Richard Acocelli, Esq.
Mark Levine, Esq.
Peter H. White, Esq.