UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                                                 :

IN RE: SMITH BARNEY TRANSFER    :   05 Civ. 7583 (WHP)
AGENT LITIGATION                        :
                                                 :   SCHEDULING ORDER
------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a conference on July 31, 2013, the following schedule is entered on consent:

        (1) Plaintiffs will file a motion for preliminary approval of the class settlement by August 9, 2013;

        (2) Any opposition is due August 23, 2013;

        (3) Plaintiffs' reply, if any, is due August 30, 2013;

        (4) The Court will hold a preliminary approval hearing on September 4, 2013 at 3:30 p.m.

Dated: August 1, 2013
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/2/13