UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SMITH BARNEY TRANSFER
AGENT LITIGATION

CIVIL ACTION
No. 05 Civ. 7583 (WHP)

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR
DISBURSEMENTS FROM THE COURT REGISTRY INVESTMENT SYSTEM**

PLEASE TAKE NOTICE that upon the, the Declaration of Mark Levine in support thereof, dated January 7, 2014, the exhibits thereto which are the supporting invoices, and all other papers and proceedings heretofore had herein, Lead Plaintiff David Zagunis, hereby moves for entry of an order:

1. Directing the Clerk of the Court to make the following disbursements from the Court Registry Investment System ("CRIS") in order to pay certain notice and administration costs related to the settlement of this action and that the Clerk be directed to send such checks via United States mail as set forth below.  The relevant invoices are attached as Exhibit 1 and 2 to the accompanying Declaration of Mark Levine in Support of Lead Plaintiff's Motion for Disbursement from the Court Registry Investment System;

   a. $85,788.47 to be paid to RG/2 Claims Administration LLC, Attn: Michael Lee, PO Box 59479, Philadelphia, PA 19102-9479, Philadelphia, PA 19103;

   b. $4,483.75 to be paid to Schmidt Associates LLC., Attn: Ronald Schmidt, 1236 Arkell Road, Walnut Creek, CA 95498;

   c. $2,000 to be paid to WeissLaw LLP, Attn: Richard Acocelli, Esq. 1500 Broadway, New York, NY 10036 ;

   d. $2,000 to be paid to Stull, Stull & Brody, Attn: Mark Levine, Esq. 6 East 45th Street, New York, 10017

2. ; And for such other and further relief as the Court deems proper.

Lead Plaintiff's motion is unopposed.

DATED: January 7, 2014

    Respectfully submitted,

    STULL, STULL & BRODY

    By: /s/ Mark Levine
    Jules Brody
    Mark Levine
    Patrick Slyne
    6 East 45th Street
    New York, NY 10016
    (212) 687-7230

    **WEISSLAW LLP**
    Richard A. Acocelli
    1500 Broadway
    New York, NY 10036
    (212) 682-3025

    Co-Lead Counsel for Plaintiffs and Class Counsel