```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DITSRICT OF NEW YORK

IN RE SMITH BARNEY TRANSFER AGENT LITIGATION

No. 05 Civ.7583 (WHP)

## [PROPOSED] ORDER FOR DISBURSEMENT OF FUNDS RELATED TO NOTICE AND ADMINISTRATION OF SETTLEMENT

WHEREAS, as provided in paragraphs Paragraphs 1(q) and 20 of the Amended Stipulation of Settlement, dated, August 8, 2013, as further amended by letter agreement on September 24, 2013 (collectively the "Stipulation") and Paragraph 19 of the Order Preliminarily Approving Settlement and Providing for Notice, dated October , 2013 ("Preliminary Approval Order"), the Settlement Fund is authorized, subject to Court approval, to pay Notice and Administration Costs (as defined in ¶ 1(q) of the Stipulation) prior to final approval of the Stipulation and entry of Final Judgment; and

WHEREAS, the Plaintiffs have provided documentation supporting an application for release of the requested funds; and

WHEREAS, the defendant does not oppose this application.

IT IS HEREBY ORDERED THAT:

From the Settlement Fund on deposit with the Court Registry Investment System, , the Clerk of the Court shall issue a check payable to RG/2 Claims Administration LLC , and send it by U.S. mail to the attention of Mr. Mike Lee, RG/2 Claims Administration

1

LLC, PO Box 59479, Philadelphia, PA 19102-9479 in the amount of $ 100,994.47 , a check payable to Schmidt Associates LLC, and send it by U.S. mail to the attention of Ronald Schmidt, Ph.D., Schmidt Associates LLC, 1236 Arkell Road Walnut Creek, CA 94598 in the amount of $ 4,483.75, a check payable to WeissLaw LLP, and send it by U.S. mail to the attention of Richard A. Acocelli, Esq. WeissLaw LLP, 1500 Broadway, 16th Floor, New York, NY 10036 in the amount of $ 2000 and a check payable to Stull, Stull & Brody, and send it to the attention of Mark Levine, Esq., Stull, Stull & Brody, 6 East 45th Street, New York 10017, in the amount of $ 2000; and

IT IS FURTHER ORDERED, that this award is without prejudice to further applications for reimbursmenet of Notice and Adminsitration expenses, subject to Court approval, prior to final approval of the Stipulation and entry of Final Judgment

Dated: January 15, 2014

_____
WILLIAM A PAULEY III
UNITED STATES DISTRICT JUDGE