**UNITED STATES DISTRICT COURT**
**SOUTHERN DITSRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/14
```

IN RE SMITH BARNEY TRANSFER AGENT LITIGATION

No. 05 Civ.7583 (WHP)

# [~~PROPOSED~~] ORDER FOR DISBURSEMENT OF FUNDS RELATED TO NOTICE AND ADMINISTRATION OF SETTLEMENT

WHEREAS, as provided in paragraphs Paragraphs 1(q) and 20 of the Amended Stipulation of Settlement, dated, August 8, 2013, as further amended by letter agreement on September 24, 2013 (collectively the "Stipulation") and Paragraph 19 of the Order Preliminarily Approving Settlement and Providing for Notice, dated October , 2013 ("Preliminary Approval Order"), the Settlement Fund is authorized, subject to Court approval, to pay Notice and Administration Costs (as defined in ¶ 1(q) of the Stipulation) prior to final approval of the Stipulation and entry of Final Judgment; and

WHEREAS, the Plaintiffs have made an application for reimbursement in the amount of $134,232.56 and provided documentation supporting an application for release of the requested funds; and

WHEREAS, the Defendant does not oppose this application.

IT IS HEREBY ORDERED THAT:

From the Settlement Fund on deposit with the Court Registry Investment System, the Clerk of the Court shall issue a check payable to RG/2 Claims Administration LLC ,

and send it by U.S. mail to the attention of Mr. Mike Lee, RG/2 Claims Administration LLC, PO Box 59479, Philadelphia, PA 19102-9479 in the amount of $ 134,232.56; and

IT IS FURTHER ORDERED, that this award is without prejudice to further applications for reimbursement of Notice and Administration expenses, subject to Court approval, prior to final approval of the Stipulation and entry of Final Judgment.

Dated: 5/6/14

_____
WILLIAM A PAULEY III
UNITED STATES DISTRICT JUDGE