```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                            :
IN RE: SMITH BARNEY TRANSFER                                :    05cv7583
AGENT LITIGATION                                            :
                                                            :    SCHEDULING ORDER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The following is established on consent:

1. The dates in this Court's March 6, 2014 scheduling order are suspended pending the upcoming pre-motion conference;

2. The pre-motion conference scheduled for September 26, 2014 is rescheduled to October 8, 2014 at 11:00 a.m.

Dated:  September 8, 2014
         New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                                U.S.D.J.

*All Counsel of Record*