UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

IN RE: SMITH BARNEY TRANSFER  : 05cv7583
AGENT LITIGATION              :
                              :  SCHEDULING ORDER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The pre-trial conference scheduled for December 19, 2014 is adjourned to January 15, 2015 at 11:00 a.m. The parties are directed to submit the amended Plan of Allocation no later than January 8, 2015.

Dated: December 18, 2014
       New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                    U.S.D.J.  12/18/14

All Counsel of Record

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/14
```