# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

P.O. Box 1980 ∗ Morristown, NJ 07962
Hand Delivery:
325 Columbia Turnpike ∗ Florham Park, NJ 07932
973.514.1200 ∗ fax 973.514.1660
www.bressler.com

Kira B. German
Associate

direct: 973-245-0685
kgerman@bressler.com

February 5, 2015

Honorable William H. Pauley III, U.S.D.J.
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom 20B
New York, New York 10007

Re:   **Chilton, et al. v. Smith Barney Fund Management LLC, et al**
      **1:05-cv-07583-WHP**

Dear Judge Pauley:

I write to request to withdraw as attorney on behalf of Arthur Laufer in the above referenced class action because I am no longer associated with the firm of Gardy & Notis, LLP, which represented Mr. Laufer in connection with the October 6, 2011 motion to appoint lead plaintiff and lead counsel. (Dkt.188). Your Honor denied Mr. Laufer's motion on September 25, 2011 and appointed alternative lead plaintiff and lead counsel in the action. (Dkt.199). Mr. Laufer is not a lead or a named plaintiff in the above-referenced action. I terminated my employment with Gardy & Notis, LLP effective November 21, 2014 and my current firm, Bressler, Amery & Ross, P.C. does not represent Mr. Laufer.

I am available should Your Honor have any questions.

Respectfully submitted,

Kira B. German

2452446_1