```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :
IN RE: SMITH BARNEY TRANSFER   :   05cv7583
AGENT LITIGATION                     :
                                          :   ORDER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

On January 15, 2015, this Court conducted a hearing to address the Proposed Amended Plan of Allocation of the Settlement Fund. This Court is prepared to appoint Duke University School of Law Professor Francis E. McGovern as Special Master pursuant to Rule 53 of the Federal Rules of Civil Procedure to consult with the parties regarding the Proposed Amended Plan of Allocation for a limited duration and on an expedited basis.

If any party objects to the appointment of Professor McGovern as Special Master, they should inform the Court by letter no later than 12:00 p.m. on April 8, 2015.

Dated:  April 3, 2015
        New York, New York

                                       SO ORDERED:

                                       _____
                                       WILLIAM H. PAULEY III
                                       U.S.D.J.

*All Counsel of Record*