**STULL, STULL & BRODY**
*COUNSELORS AT LAW*
6 EAST 45th STREET
NEW YORK, N.Y. 10017

| TELEPHONE | TELECOPIER |
|---|---|
| 212-687-7230 | 212-490-2022 |

April 7, 2015

<u>Via Hand Delivery</u>
Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:  <u>In re: Smith Barney Fund Transfer Agent Litigation</u>
           05 Civ. 7583 (WHP)

Dear Judge Pauley:

    We represent Plaintiffs in the referenced action, and have received the Court's April 3, 2015 Order proposing the appointment of Professor Francis E. McGovern as Special Master in connection with Plaintiffs' proposed plan of allocation. Although Plaintiffs have continued to work on issues related to the plan of allocation, we have no objection to this appointment.

    We have been informed by Defendant that he has no objection as well.

    We look forward to consulting with Professor McGovern regarding the allocation of the settlement fund.

    Respectfully,

    Mark Levine

cc: Richard Morvillo, Esq. (all via email)
    Peter White, Esq.
    Jeffrey Robertson, Esq.
    Richard Acocelli, Esq.