```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                :
IN RE: SMITH BARNEY TRANSFER   :   05cv7583
AGENT LITIGATION               :
                                                :   ORDER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        By letter dated April 7, 2015, all counsel agreed to the appointment of Professor Francis E. McGovern as Special Master. Pursuant to Rule 53, this Court appoints Professor McGovern as Special Master to consult with the parties regarding the Proposed Amended Plan of Allocation and set forth recommendations regarding distribution of the Settlement Fund. This Court further authorizes and directs that:

        (1) The Special Master may engage in *ex parte* communications with counsel and this Court;

        (2) The Special Master shall be paid from the Settlement Fund at a rate of $750 per hour for work performed, and reimbursed for all reasonable expenses incurred;

        (3) The Special Master shall file a report with this Court setting forth any recommended modifications to the Proposed Amended Plan of Allocation;

        (4) Pursuant to Rule 53(b)(2), the Special Master is directed to proceed with all reasonable diligence to complete the tasks assigned by this Order; and

        (5) The parties shall cooperate fully and completely with the Special Master.

Dated: April 15, 2015
       New York, New York

                                    SO ORDERED:

                                    _____
                                    WILLIAM H. PAULEY III
                                         U.S.D.J.

*Copies to:*
All Counsel of Record