USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-29-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                          :
IN RE: SMITH BARNEY TRANSFER      :        05cv7583
AGENT LITIGATION                          :
                                          :        SCHEDULING ORDER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        A hearing is scheduled for February 24, 2016 at 11:00 a.m. to address Lead

Plaintiffs' proposed amended plan to allocate settlement proceeds.

Dated:  January 29, 2016
        New York, New York

                                     SO ORDERED:

                                           WILLIAM H. PAULEY III
                                              U.S.D.J.

*All Counsel of Record*