UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SMITH BARNEY TRANSFER           CIVIL ACTION
AGENT LITIGATION                      No. 05 Civ. 7583 (WHP)

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR
FINAL APPROVAL OF SETTLEMENT, FINAL CERTIFICATION OF CLASS, FINAL
APPROVAL OF AMENDED PLAN OF ALLOCATION, AWARD OF ATTORNEYS' FEES,
LITIGATION EXPENSES, PLAINTIFFS' EXPENSES, SPECIAL MASTER'S FEES AND
EXPENSES AND FEES AND EXPENSES OF CLAIM ADMINISTRATOR**

PLEASE TAKE NOTICE that upon the, the Joint Declaration of Mark Levine and Richard Acocelli, dated, April 21, 2016, Declaration of Francis E. McGovern, dated April 19, 2016 and Melissa Baldwin, dated April, 21, 2016, Declaration of Jonathan Marks, dated September 8, 2014, the exhibits to each of the declarations thereto, the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds and Memorandum of Law in Support of Lead Plaintiff's Counsel's Motion for an Award of Attorneys' Fees, Litigation Expenses and Plaintiffs' Expenses, with respect to those Plaintiffs represented by Co-Lead Counsel, with their supporting declarations, and all other papers and proceedings heretofore had herein, Lead Plaintiff David Zagunis, hereby moves for entry of an order:

1. Granting Final Approval of the settlement of this action and entering the Final Order and Judgment;

2. Finally certifying the settlement class and certifying the plaintiffs as class representatives;

3. Granting final approval to the Amended Plan of Allocation;

4. Granting Plaintiffs' Lead Counsel an award of attorneys' fees, as requested;

5. Granting Plaintiffs' Lead Counsel an award of Litigation Expenses, as requested;

6. Granting those Plaintiffs who are represented by Co-Lead Counsel an award of Plaintiffs' Expenses, as requested;

7. Granting Special Master Francis E. McGovern, an award of fees and out of pocket expenses as requested;

8. Granting the Claim Administrator RG/2 Claims Administration LLC an award of the balance of its fees and expenses to the extent that they are still unpaid, as requested;

9. Directing the Clerk of the Court to make the disbursements from the Court Registry Investment System ("CRIS") to pay the fees and expenses to the extend approved by the Court and that the Clerk be directed to send checks consistent with such order via United States mail as indicated or to make the checks available at the Office of the Clerk of the Court; and

10. For such other and further relief as the Court deems proper.

DATED: April 21, 2016

Respectfully submitted,

**STULL, STULL & BRODY**

By: /s/ Mark Levine
Jules Brody
Mark Levine
6 East 45th Street
New York, NY 10016
(212) 687-7230

**WEISSLAW LLP**
Richard A. Acocelli
1500 Broadway
New York, NY 10036
(212) 682-3025

Co-Lead Counsel for Plaintiffs and
Class Counsel